**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| KLAMATH STRATEGIC INVESTMENT FUND, LLC, by and through ST. CROIX VENTURES, LLC, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 5:04-CV-278 (TJW) |
| v. | § | (consolidated with Civil Action No. 5-04-CV-279) |
| UNITED STATED OF AMERICA, | § | |
| Defendant. | | |

**ORDER**

Before the Court is Plaintiffs' Motion to Compel (#90). The Court hereby orders that Defendant tender the un-redacted and withheld documents requested in Plaintiffs' Motion for *in camera* inspection by July 17, 2006.

SIGNED this 11th day of July, 2006.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE