language to be used in, the draft § 752 regulations, which had not yet been issued.

**Bates Nos. CC2151-CC2158** – Undated draft of PowerPoint materials titled "Partnerships and Contingent Liabilities Examples," prepared by Horace Howells for an upcoming May 8, 2002, meeting with PSI attorneys, illustrating the effect of the draft regulations through several hypothetical scenarios, with handwritten comments by Mr. Howells throughout. The Service claims executive privilege for the entire document because it reflects the author's understanding of provisions in the draft regulations, which had not yet been issued.

**Bates Nos. CC2158B-CC2158G** – Issues Memorandum prepared by Horace Howells for an upcoming September 24, 2001, meeting with PSI attorneys, describing issues to be addressed in the § 752 regulations project. There are handwritten notations of unspecified attorneys on the final page that raise additional issues and concerns to be addressed. The Service claims executive privilege for the entire document because it contains the author's opinions and recommendations for the scope of, and language to be used in, the draft § 752 regulations, which had not yet been issued.

**Bates Nos. CC2158H-CC2158O** – This is a duplicate of the document under Bates Nos. CC2151-CC2158, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that document.

**Bates Nos. CC2160-CC2170** – Draft Issues Memorandum prepared by Shannon Cohen, dated October 23, 2000, describing issues to be addressed in the § 752 regulations project, with handwritten comments by Dianna Miosi throughout. The Service claims executive privilege for the entire document because it contains the author's opinions and recommendations as to alternative treatments of certain transactions that may be taken in the regulations project, and suggestions for the language of the draft § 752 regulations, which had not yet been issued.

**Bates Nos. CC2254-CC2259** – Draft language for the partial text of the § 752 regulations prepared by Horace Howells on December 13, 2000. The Service claims executive privilege for the entire document as it is a draft of regulations, which had not yet been issued.

**Bates Nos. CC2285-CC2290** – Undated draft language for the partial text of the § 752 regulations prepared by Horace Howells, with handwritten annotations by Dianna Miosi throughout. The Service claims executive privilege for the entire document as it is a draft of regulations, which had not yet been issued.

**Bates Nos. CC2291-CC2292** – Undated typewritten notes prepared by Horace Howells, providing examples and proposing approaches for development in drafting the § 752 regulations. The Service claims executive privilege for the entire document because it contains the author's opinions, analysis and

recommendations regarding possible approaches to be incorporated into the draft regulations then under development.

**Bates Nos. CC2293-CC2303 –** This is a duplicate of the memorandum under Bates Nos. CC1830-CC1840, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that document.

**Bates Nos. CC2304-CC2307 –** This is a duplicate of the document under Bates Nos. CC1827-CC1829 (except that a blank page was inserted at Bates No. CC2305). The Service's assertion of executive privilege, and the reason therefor, is the same as stated for that document.

**Bates Nos. CC2308-CC2313 –** Undated draft language for the partial text of the § 752 regulations prepared by Horace Howells. The Service claims executive privilege for the entire document as it is a draft of regulations, which had not yet been issued.

**Bates Nos. CC2328-CC2354 –** Unsigned draft of temporary § 752 regulations prepared by Horace Howells on May 29, 2002, with handwritten comments by Dianna Miosi at Bates Nos. CC2351 and CC2353. The Service claims executive privilege for the entire document as it is a draft of regulations, which had not yet been issued.

**Bates Nos. CC2355-CC2359 –** Unsigned draft of an IRB Notice, prepared by Heather Faught, dated June 3, 2002, titled "Section 707(b) Tax Shelter." The Service claims executive privilege for the entire document as it is a draft of the Notice that was not yet issued.

**Bates Nos. CC2360-CC2365 –** Undated draft of a background memorandum prepared by Horace Howells, describing the provisions of the draft § 752 temporary regulations. The Service claims executive privilege for the entire document because it reflects the author's analysis of, and views regarding, the provisions in the draft regulations not yet issued, including the scope of the regulations project and certain alternative approaches considered.

**Bates Nos. CC2366-CC2376 –** Undated PowerPoint materials titled "Partnerships and Contingent Liabilities Examples," prepared by Horace Howells for an upcoming meeting with PSI attorneys, illustrating the effect of the draft regulations through several hypothetical scenarios. The Service claims executive privilege for the entire document because it reflects the author's understanding of certain provisions in the draft regulations, which had not yet been issued.

**Bates Nos. CC2377-CC2380 –** Handwritten note cards regarding regulations project under § 752, numbered 2 through 7, prepared by Horace Howells for his use in a presentation to Counsel attorneys involved in the regulations project.

The Service claims executive privilege for the entire document because it consists of the author's opinions and recommendations with respect to the scope of, and language to be used in, the draft regulations, which had not yet been issued.

**Bates Nos. CC2493-CC2535** – Unsigned draft of the NPRM for the proposed § 752 regulations prepared by Horace Howells, dated July 26, 2002. The Service claims executive privilege for the entire document as it is a draft of regulations, which had not yet been issued.

**Bates Nos. CC2536-CC2541** – Undated draft of a background memorandum prepared by Horace Howells, describing the provisions of the draft § 752 temporary regulations. The Service claims executive privilege for the entire document because it reflects the author's understanding of the scope of the draft regulations, alternative approaches considered in, and language to be used in, the draft regulations then under development.

**Bates Nos. CC2542-CC2547** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2548-CC2553** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2554-CC2559** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2560-CC2565** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2566-CC2571** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2572-CC2577** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2578-CC2583** – This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2584-CC2589 –** This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

**Bates Nos. CC2590-CC2595 –** This is a duplicate of the memorandum under Bates Nos. CC2536-CC2541, and the Service's assertion of executive privilege, and the reason therefor, is the same as stated for that duplicate document.

- **Binder 6**

**Bates Nos. CC2629-CC2630 –** Undated draft plain language summary memorandum of draft § 752 regulations, prepared by Horace Howells for inclusion with the draft regulations package when circulated for approval. The Service claims executive privilege for the entire document because it contains the author's opinions and recommendations regarding the language and effect of the draft provisions for the regulations not yet published.

**Bates Nos. CC2631-CC2636 –** Undated draft executive summary prepared by Horace Howells for inclusion with the draft regulations package when circulated for approval. The Service claims executive privilege for the entire document because it describes the language and effect of the draft provisions for the regulations not yet published.

**Bates Nos. CC2733-CC2789 –** Draft of the NPRM and cross-referenced temporary § 752 regulations, prepared by Horace Howells on May 7, 2003, signed by the Assistant Deputy Commissioner of Internal Revenue before its transmittal to OTP for signature. The Service claims executive privilege for the entire document as it is a draft of the proposed regulations not yet issued.

**Bates Nos. CC2791-CC2803 –** Draft of § 752 temporary regulations, prepared by Horace Howells on May 7, 2003, signed by the Assistant Deputy Commissioner of Internal Revenue and the Deputy Assistant Secretary of the Treasury, which differs from the version that was ultimately filed with the Federal Register for publication. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC2875-CC2931 –** Unsigned draft of NPRM with cross-referenced temporary regulations under § 752 with typewritten redlined text showing changes of Gary Wilcox, made from the previous version, on April 9, 2003. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC2932-CC2944 –** Unsigned draft of § 752 temporary regulations with typewritten and handwritten redlined text showing changes of Gary Wilcox, made from the previous version, on April 9, 2003. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC2947-CC3000** – Unsigned draft of NPRM with cross-referenced temporary regulations under § 752 prepared by Horace Howells on December 16, 2002, with redlined text showing changes made from the December 9, 2002, draft, with handwritten editorial notations on the first page by Horace Howells. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC3001-CC3056** – Unsigned, undated, partial draft of NPRM with cross-referenced temporary § 752 regulations prepared by Horace Howells. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC3057-CC3069** – Unsigned, undated, draft of § 752 temporary regulations prepared by Horace Howells. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC3071-CC3121** – Unsigned, undated, draft of NPRM and notice of public hearing relating to the definition of liabilities under § 752, prepared by Horace Howells. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC3122-CC3178** – Unsigned, undated draft of NPRM with cross-referenced temporary regulations and notice of public hearing with respect to § 752 proposed regulations prepared by Horace Howells, with handwritten annotations by Dianna Miosi throughout. Bates No. CC3152 is blank. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC3179-CC3191** – Unsigned, undated, draft of § 752 temporary regulations prepared by Horace Howells, with handwritten annotations by Dianna Miosi throughout. The Service claims executive privilege for the entire document as it is a draft of regulations not yet issued.

**Bates Nos. CC3221-CC3222** – Amendments related to the Community Renewal Tax Relief Act of 2000, with handwritten notes by Deborah Harrington at Bates No. CC3221. The Service claims executive privilege for the portion of the document that contains Ms. Harrington's handwritten comments. This portion reflects her analysis of, and reactions to, the particular portion of the excerpt, which informed Ms. Harrington as to the scope of, and alternative theory underpinning, the draft regulations then undergoing development.

- **Binder 7**

**Bates Nos. CC3256-CC3260** – An exchange of thirteen emails among Matthew Lay, attorney, OTP, Laura Fields, attorney, Branch 1, PSI, Douglas Bates, Ian

Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, Special Counsel to the Associate Chief Counsel (PSI), dated April 13, 15, 18, and 19, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to proposed revisions to language of the preamble to the draft § 752 regulations. The Service asserts executive privilege for portions of the document that consist of Mr. Lay's emails on April 13, 2005, at 4:05pm and April 15, 2005, at 11:06am, 1:04pm, and 1:56pm, and Mr. Bates' email written on April 13, 2005, at 6:19pm, which contain suggested draft language and the authors' opinions, analyses, and recommendations for the draft of the § 752 regulations.

**Bates Nos. CC3261-CC3265** – An exchange of twelve emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13, 15, 18, 19, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to proposed revisions to language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3266-CC3270** – An exchange of eleven emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13, 15, 18, 19, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3271-CC3275** – An exchange of eleven emails among Laura Fields, Matthew Lay, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13, 15, 18, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3276-CC3280** – An exchange of ten emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, which are included in Bates Nos. CC3256-CC3260, except for Mr. Lay's April 15, 2005, 2:35pm and Ms.

Fields' April 15, 2005, 1:56pm emails. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3281-CC3285** – An exchange of nine emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3286-CC3290** – An exchange of nine emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, which are included in Bates Nos. CC3256-CC3260, except for Mr. Bates' April 15, 2005, at 2:05pm email. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3291-CC3294** – An exchange of eight emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3295-CC3298** – An exchange of seven emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3299-CC3302** – An exchange of six emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, all of which are included in

Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3303-CC3306** – An exchange of five emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3307-CC3309** – An exchange of three emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13 and April 15, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, all of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3310-CC3311** – An exchange of two emails among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13, 2005, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations, both of which are included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3312-CC3313** – An exchange of two emails, dated April 13, 2005, among Matthew Lay, Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, discussing the authors' (as well as a Treasury attorney's) respective views as to the proposed revisions to the language of the preamble to the draft regulations. Mr. Lay's April 13, 2005 at 4:05pm email is included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for this same portion of this document for the same reason asserted for that duplicate document.

**Bates No. CC3314** – Email from Matthew Lay to Laura Fields, Douglas Bates, Ian Russell, Dianna Miosi, William O'Shea, Donna Marie Young, William Alexander, Theresa Abell, Heather Maloy, and Monte Jackel, dated April 13, 2005. (There is a page missing, although there is no content on that page for which privilege is being claimed.) The email conveys the views of a Treasury attorney as to, and excerpts from, the proposed revisions to the language of the

preamble to the draft regulations, which is included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3315-CC3316** – One email that is a duplicate of Bates No. CC3314, with the missing page, which is included in Bates Nos. CC3256-CC3260. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3321** – An exchange of three emails among Matthew Lay, Laura Fields, Dianna Miosi, Donna Marie Young, Monte Jackel, Eric Solomon, and Stephanie Robinson dated February 22 and 23, 2005, discussing potential changes between the draft language of the proposed regulations from a December 12, 2004, draft and a December 21, 2004, draft. The Service asserts executive privilege for a portion of the document that consists of Ms. Young's email on February 23, 2005 at 12:36 pm and portions of Ms. Robinson's email on February 22, 2005, at 1:39pm that reference the portions of suggested language for the draft § 1.752-7 regulations that were revised, which had not yet been issued.

**Bates No. CC3322** – An exchange of four emails dated February 22 and 23, 2005, among Matthew Lay, Laura Fields, Dianna Miosi, Donna Marie Young, Monte Jackel, Eric Solomon, and Stephanie Robinson, transmitting the most recent version of the draft regulations along with a previous version to which the current version can be compared. The Service asserts executive privilege a portion of Ms. Robinson's email on February 22, 2005, at 1:39pm as that portion reflects the specific area of the draft § 1.752-7 regulations for which Mr. Solomon was recommending a revision.

**Bates No. CC3323** – An exchange of two emails dated February 22, 2005, among Matthew Lay, Laura Fields, Dianna Miosi, Donna Marie Young, Monte Jackel, Eric Solomon, and Stephanie Robinson, transmitting the most recent version of the draft regulations along with a previous version to which the current version can be compared. Both of these emails are contained in Bates No. CC3322, and the Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3324** – Email dated February 22, 2005, 1:39pm from Stephanie Robinson to Matthew Lay, Laura Fields, Dianna Miosi, Donna Marie Young, Monte Jackel, and Eric Solomon, transmitting the most recent version of the draft regulations along with a previous version to which the current version may be compared. This email is contained in Bates No. CC3322, and the Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3325** – An exchange of four emails dated January 12 and April 15, 2005, among Dianna Miosi, Donna Marie Young, Deborah Harrington, Horace Howells, and Laura Fields, discussing a meeting on pending issues under the draft regulations as well as discussing a potential date for circulating the "Green Sheet" version of the draft regulations for comment. The Service asserts executive privilege for the portions of the document that consists of Ms. Young's email on January 12, 2005, at 11:42am as well as a portion of Ms. Harrington's email on April 15, 2004, at 6:15pm because they contain suggested draft language and the authors' views on, and recommended language for, the draft of the § 1.752 regulations, which had not yet been issued.

**Bates No. CC3326** – An email from Donna Marie Young to Dianna Miosi, Deborah Harrington, and Laura Fields dated January 12, 2005, discussing how to respond to comments on the regulations. The Service asserts executive privilege for the entire document because it contains the author's reaction to the commentator's suggestion, as it informed the development of the draft § 752 regulations not yet issued.

**Bates Nos. CC3332-CC3333** – An exchange of four emails among Monte Jackel, Laura Nash (nee Laura Fields), Stephanie Robinson, Donna Marie Young, and Dianna Miosi dated August 12 and December 20, 2004, discussing the authors' respective views and suggested revisions to the draft language of the regulations. The Service asserts executive privilege for the portion of the document that consists of Mr. Jackel's emails on August 12, 2004 at 4:59pm and December 20, 2004 at 3:39pm, Ms. Nash's email on December 20, 2004 at 3:34pm, and a portion of Ms. Nash's email on August 12, 2004 at 4:55pm, as they reflect the respective authors' recommendations with regard to, as well as Deborah Harrington's suggestions for, draft language for the § 752 regulations not yet issued.

**Bates Nos. CC3337-CC3338** – An exchange of six emails among Nicholas DeNovio, Donna Marie Young, Heather Maloy, William O'Shea, Monte Jackel, Laura Nash, Dianna Miosi, Tamara Ashford, Assistant to the Commissioner, and Stephanie Robinson, dated December 13 and 14, 2004, discussing the authors' respective views on proposed revisions to language of the draft regulations. The Service asserts executive privilege for Mr. DeNovio's email on December 14, 2004, at 12:02pm, Ms. Young's email on December 14, 2004, at 11:51am, Mr. Jackel's email on December 14, 2004, at 11:09am, Ms. Nash's email on December 14, 2004, at 11:07am, a portion of Mr. DeNovio's email on December 13, 2004, at 5:20pm, and a portion of Ms. Young's email on December 14, 2004, at 4:58pm as they contain suggested language for the draft § 1.752-7 regulations, as well as a description of changes made from the prior draft regulations that had been circulated for clearance.

**Bates Nos. CC3339-CC3340** – An exchange of five emails among Nicholas DeNovio, Donna Marie Young, Heather Maloy, William O'Shea, Monte Jackel,

Laura Nash, Dianna Miosi, Tamara Ashford, and Stephanie Robinson dated December 13 and 14, 2004, discussing the authors' respective views with regard to proposed revisions to language of the draft regulations, all of which are contained in Bates Nos. CC3337-CC3338. The Service asserts executive privilege for the entire document for the same reason asserted for that duplicate document.

**Bates Nos. CC3341-CC3342** – An exchange of four emails among Nicholas DeNovio, Donna Marie Young, Heather Maloy, William O'Shea, Monte Jackel, Laura Nash, Dianna Miosi, Tamara Ashford, and Stephanie Robinson dated December 13 and 14, 2004, discussing the authors' respective views with regard to proposed revisions to language of the draft regulations, all of which are contained in Bates Nos. CC3337-CC3338. The Service asserts executive privilege for the entire document for the same reason asserted for that duplicate document.

**Bates No. CC3343** – An exchange of two emails among Nicholas DeNovio, Donna Marie Young, Heather Maloy, William O'Shea, Monte Jackel, Laura Nash, Dianna Miosi, Tamara Ashford, and Stephanie Robinson dated December 13, 2004, discussing the authors' respective views with regard to proposed revisions to language of the draft regulations, both of which are contained in Bates Nos. CC3337-CC3338. The Service asserts executive privilege for the entire document for the same reason asserted for that duplicate document.

**Bates No. CC3344** – An email from Donna Marie Young to Nicholas DeNovio, Heather Maloy, William O'Shea, Monte Jackel, Laura Nash, Dianna Miosi, Tamara Ashford, and Stephanie Robinson on December 13, 2004. The email identifies portions of the draft regulations that have been changed since a prior version. The Service asserts executive privilege with respect to the portion of Ms. Young's email on December 13, 2004 at 4:58pm, containing draft language of the § 1.752-7 regulations signature package along with her views on the draft language in the § 1.752-7 regulations, which had not yet been issued.

**Bates No. CC3345** – An exchange of six emails among Donna Marie Young, Monte Jackel, Laura Nash, and Dianna Miosi dated December 13, 2004, discussing the authors' respective views as to the proposed revisions to the draft language of the regulations. The Service asserts executive privilege for the portion of the document that consists of Mr. Jackel's email on December 13, 2004, at 4:01pm and a portion of Ms. Nash's email on December 13, 2004 at 3:43pm, both of which contain draft language of the § 1.752-7 regulations not yet issued.

**Bates No. CC3346** – An exchange of two emails among Donna Marie Young, Monte Jackel, Laura Nash, and Dianna Miosi dated December 13, 2004, discussing revisions to the draft language of the regulations, both of which are

included in Bates No. CC3345. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3347** – An email from Donna Marie Young to Dianna Miosi, Laura Nash, Monte Jackel, Matthew Lay, Special Counsel to the Associate Chief Counsel (PSI), William O'Shea and Heather Maloy on December 10, 2004, 3:01pm. The email transmits for comment, and explains the insertion of, additional new language into the preamble of, and a change in one example, in the draft § 1.752-7 regulations. The Service asserts executive privilege for the portion of this document that identifies certain content that was being considered for inclusion in the draft regulations under development.

**Bates Nos. CC3348-CC3350** – An exchange of twelve emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard, dated November 30, 2004, and December 6, 9, and 10, 2004, discussing the authors' respective views as to possible revisions to the draft language of the regulations. The Service asserts executive privilege for portions of the document that consist of Mr. Blanchard's emails on December 9, 2004, at 3:05pm and December 10, 2004, at 11:10am, and a portion of Ms. Nash's email on December 10, 2004, at 10:53am. These emails contain the authors' analysis of the draft language and their recommended changes to the draft language of the § 1.752-7 regulations, which had not yet been issued.

**Bates Nos. CC3351-CC3352** – An exchange of eleven emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004. The emails discuss the authors' respective views as to possible revisions to the draft language of the regulations. These portions are the same as the portions being withheld from Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3353-CC3355** – An exchange of ten emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004, all of which are included in Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3356-CC3357** – An exchange of nine emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard, dated November 30, 2004, and December 6, 9, and 10, 2004, all of which are included in Bates Nos. CC3348-CC3350, except for Mr. Jackel's email on December 10, 2004, at 11:21am. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for Mr. Jackel's

email as it comments upon, and reflects the language of, one example in the § 1.752-7 draft regulations not yet issued.

**Bates Nos. CC3358-CC3359** – An exchange of nine emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004, all of which are included in Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3360-CC3361** – An exchange of eight emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004, all of which are included in Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3362-CC3363** – An exchange of seven emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004, all of which are included in Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3364-CC3365** – An exchange of six emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004, all of which are included in Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3366** – An exchange of two emails among Andrew Stroot, Attorney-Advisor, Office of the Commissioner, Laura Nash, and Dianna Miosi, dated December 8 and 10, 2004, discussing the status of the draft regulations. The Service asserts executive privilege for the entire document as it reflects the views of the respective authors, as well as comments offered by Donna Hansberry, Assistant to the Commissioner, with respect to possible concerns that might arise were the § 752 draft regulations to be promulgated in their then current form.

**Bates Nos. CC3367-CC3368** – An exchange of eleven emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004, discussing the authors' respective views as to proposed revisions to the draft language of the regulations, some of which duplicate Bates Nos. CC3348-CC3350. The Service asserts executive privilege for the portions of the

document that consist of Mr. Blanchard's email on December 9, 2004, at 3:05pm, and a portion of the email written by Ms. Young on December 10, 2004, at 10:14am, as the emails contain their recommended changes to the draft language of the § 1.752-7 regulations, which was not yet issued.

**Bates Nos. CC3369-CC3370 –** An exchange of nine emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004 and December 6, 9, and 10, 2004. The emails discuss the authors' respective views as to proposed revisions to the draft language of the regulations, all of which are included in Bates Nos. CC3367-CC3368. The Service asserts executive privilege for the same portions and for the same reason as that duplicate document.

**Bates Nos. CC3371-CC3372 –** An exchange of eight emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004 and December 6, 9, and 10, 2004. The emails discuss the authors' respective views as to proposed revisions to the draft language of the regulations, all of which are included in Bates Nos. CC3367-CC3368. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates Nos. CC3373-CC3374 –** An exchange of seven emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, 9, and 10, 2004. The emails discuss the authors' respective views as to proposed revisions to the draft language of the regulations, all of which are included in Bates Nos. CC3367-CC3368. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates No. CC3375 –** An exchange of five emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Rebecca Asta, Douglas Bates, and William Blanchard dated November 30, 2004, and December 6, and 9, 2004. The emails discuss the authors' respective views as to the possible revisions to the draft language of the regulations, all of which are included in Bates Nos. CC3367-CC3368. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates Nos. CC3385-CC3386 –** An exchange of seven emails among Barbara Campbell, attorney, Branch 1, PSI, Laura Nash, Douglas Bates, Stephanie Robinson, Dianna Miosi, Audrey Nacamuli, Donna Marie Young, and Monte Jackel dated October 28, 2004, and November 2, 3, 9, and 10, 2004, discussing the authors' respective views as to the proposed revisions to the draft language of the regulations. The Service claims executive privilege for a portion of Ms. Campbell's email on November 3, 2004, at 9:50am as well as a portion of Ms. Robinson's email on November 2, 2004, at 4:52pm. These portions of the emails

contain the authors' recommendations for changes in the draft language of the § 1.752-7 regulations, which had not yet been issued.

**Bates Nos. CC3387-CC3388** – An exchange of three emails among Barbara Campbell, Laura Nash, Douglas Bates, Stephanie Robinson, Dianna Miosi, Audrey Nacamuli, Donna Young, and Monte Jackel, dated October 28, 2004, and November 2 and 3, 2004, discussing the authors' respective views as to the proposed revisions to the draft language of the regulations, all of which are included in Bates Nos. CC3385-CC3386. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates No. CC3389** – An exchange of two emails among Barbara Campbell, Laura Nash, Douglas Bates, Stephanie Robinson, Dianna Miosi, Audrey Nacamuli, Donna Young, and Monte Jackel, dated October 28, 2004, and November 2, 2004, discussing the authors' respective views as to the proposed revisions to the draft language of the regulations. Both emails are included in Bates Nos. CC3385-CC3386. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates No. CC3390** – An exchange of five emails among Laura Nash, Dianna Miosi, Donna Marie Young, and Monte Jackel, dated October 27 and 28, 2004, discussing the authors' respective views as to possible revisions to the draft language of the regulations. The Service asserts executive privilege for portions of Ms. Nash's email on October 27, 2004, at 1:54pm as it conveys the preliminary thoughts of William Alexander with respect to the coverage of certain issues in the § 1.752-7 regulations, which had not yet been issued.

**Bates No. CC3391** – An exchange of three emails among Laura Nash, Dianna Miosi, Donna Marie Young, Heather Maloy, and Monte Jackel, dated October 27, 2004, discussing the author's respective views as to possible revisions to the draft language of the regulations. One of the emails is a duplicate of Bates No. CC3390. The Service asserts executive privilege for the same portion of Bates No. CC3390 for the same reason as that duplicate document, as well as for a portion of Ms. Young's email written on October 27, 2004, at 2:29pm as the email reflects her reactions to, and the preliminary thoughts of, William Alexander with respect to the coverage of certain issues in the draft § 1.752-7 regulations, which had not yet been issued.

**Bates No. CC3392** – An exchange of three emails among Laura Nash, Dianna Miosi, Donna Marie Young, and Monte Jackel, dated October 27, 2004, discussing the authors' respective views as to possible revisions to the draft language of the regulations. Two of the emails are duplicates of Bates No. CC3390. The Service asserts executive privilege for the same portions for the same reason as that duplicate document. The Service also asserts executive privilege for the other email as it contains Ms. Nash's reactions to, and the language of, the draft regulations, which had not yet been issued.

**Bates No. CC3393** – An exchange of two emails among Laura Nash, Dianna Miosi, Donna Marie Young, and Monte Jackel, dated October 27, 2004, discussing the authors' respective views as to possible revisions to the draft language of the regulations, both of which are duplicates of Bates No. CC3390. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates Nos. CC3394-CC3395** – An exchange of eight emails among Douglas Bates, Laura Nash, and Ian Russell, dated October 5, 13, 14, 26, and 27, 2004, discussing revisions to language of the draft regulations and an update of the status of the regulations project. The Service asserts executive privilege for portions of the document that consist of Mr. Bates' email on October 24, 2004, at 1:45pm and a portion of Ms. Nash's email on October 5, 2004, at 3:09pm. Mr. Bates' email conveys the preliminary thoughts of William Alexander with respect to the coverage of certain issues in the draft § 1.752-7 regulations. Ms. Nash's email reflects content in the draft § 1.752-7 regulations that had been revised from the prior versions of the draft § 1.752-7 regulations, which had not yet been issued.

**Bates Nos. CC3396-CC3397** – An exchange of six emails among Douglas Bates, Laura Nash, and Ian Russell, dated October 5, 13, 14, 26, and 27, 2004, discussing revisions to language of draft regulations and an update on the status of the regulations project. All of the emails are included in Bates Nos. CC3394-CC3395. The Service asserts executive privilege for the same portion for the same reason as that duplicate document.

**Bates No. CC3401** – An exchange of four emails among Douglas Bates, Laura Nash, and Ian Russell, dated October 5, 13, 14, and 26, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations and an update on the status of the regulations project, all of which are included in Bates Nos. CC3396-CC3397. The Service asserts executive privilege for the same portion for the same reason as that duplicate document.

**Bates No. CC3404** – An exchange of four emails among Donna Marie Young, Kathleen Reed, Senior Technician Reviewer, Branch 6, PSI, Laura Nash, Dianna Miosi, and Monte Jackel, dated October 19, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for the entire document as it consists of the authors' consideration of the appropriateness of a particular example in the draft regulations, including the authors' recommendations for making changes to that particular part of the draft regulations, which had not yet been issued.

**Bates No. CC3405** – An exchange of three emails among Donna Marie Young, Kathleen Reed, Laura Nash, Dianna Miosi, and Monte Jackel, dated October 19, 2004, discussing the authors' respective views as to possible revisions to

language of the draft regulations, all of which are included in Bates No. CC3404. The Service asserts executive privilege for the same reason as that duplicate document.

**Bates No. CC3407** – An exchange of two emails among Donna Marie Young, Kathleen Reed, Laura Nash, Dianna Miosi, and Monte Jackel, October 19, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, both of which are included in Bates No. CC3404. The Service asserts executive privilege for the same reason as that duplicate document.

**Bates No. CC3408** – An email from Laura Nash to Donna Marie Young, Kathleen Reed, and Dianna Miosi, dated October 19, 2004, 9:33am, discussing the authors' respective views as to possible revisions to language of the draft regulations, which is included in Bates No. CC3404. The Service asserts executive privilege for the same reason as that duplicate document.

**Bates No. CC3409** – An exchange of two emails among Deborah Harrington, Donna Marie Young, Laura Nash, and Dianna Miosi, dated September 7, 2004, and October 8, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Ms. Harrington's email on October 8, 2004, at 2:11pm that reflects a change in the language of the draft § 752 regulations from a prior version.

**Bates No. CC3413** – An exchange of three emails among Deborah Harrington, Donna Marie Young, Laura Nash, and Dianna Miosi, dated October 6 and 7, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for portions of the document that consist of Ms. Young's email on October 7, 2004, at 9:40am as well as a portion of Ms. Nash's email on October 6, 2004, at 11:41am. Both emails reflect changes in the draft language of the § 1.752-7 regulations from the prior version, as well as recommendations for possible additional changes that might be made to the draft regulations.

**Bates No. CC3414** – An exchange of two emails among Laura Nash, Deborah Harrington, Dianna Miosi, and Donna Marie Young, dated October 6 and 7, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. Both of the emails are duplicates of Bates No. CC3413. The Service asserts executive privilege for the entire document for the same reason as that duplicate document

**Bates Nos. CC3415-CC3418** – An exchange of thirteen emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, attorney, Branch 6, PSI, Stephanie Robinson, George Manousos, Taxation Specialist, OTP, and Monte Jackel, dated

September 28, 2004, and October 5 and 6, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Ms. Nash's September 28 email and all subsequent emails because they consist of the respective authors' analyses and recommendations as to the appropriate treatment of certain transactions under the § 1.752-7 regulations then under development, and how their analysis might affect the examples set forth in the draft regulations, which had not yet been issued.

**Bates No. CC3419** – Email from Laura Nash to Donna Marie Young, dated October 6, 2004, discussing her views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for the entire document because it reflects certain proposed changes to the draft language to the § 1.752-7 regulations, which were not yet issued, for which Ms. Nash's views were being sought.

**Bates Nos. CC3420-CC3422** – An exchange of thirteen emails Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, George Manousos, and Monte Jackel, dated September 28, 2004, and October 5 and 6, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for the portions of the document that contain Ms. Reed's October 6 email, Ms. Harrington's email of October 5 at 11:54am, Ms. Nash's email of October 5 at 11:45am, and a portion of Ms. Nash's September 28 email because these portions reflect changes in language of the draft § 752 regulations for which the recipients' views were being sought, including certain issues still requiring coordination among various Associate Chief Counsel offices, during the time when the regulations were still in development.

**Bates Nos. CC3424-CC3427** – An exchange of thirteen emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, George Manousos, and Monte Jackel, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. The Service asserts executive privilege for the portions of the document that contain Ms. Harrington's emails on October 5 at 11:54am, 4:41pm, and 5:57pm, Ms. Young's email on October 5 at 5:36pm, the first six paragraphs of Ms. Reed's email on October 5, Ms. Nash's email on October 5, and a portion of Ms. Nash's email on September 28, because these portions reflect changes in language of the draft § 752 regulations for which the recipients' views were being sought, including certain issues still requiring coordination among various Associate Chief Counsel offices, during the time when the regulations were still in development.

**Bates Nos. CC3428-CC3431** – An exchange of twelve emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, George Manousos, and Monte Jackel, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. Bates No. CC4331 is blank. All the emails are included in Bates Nos. CC3424-CC3427. The Service asserts executive privilege for the entire document for the same reason as that duplicate document.

**Bates No. CC3432** – An email from Monte Jackel to Laura Nash and Donna Marie Young, dated October 5, 2004, in which Mr. Jackel directs the recipients' attention to particular portions of the draft § 752 regulations and questions whether those portions are consistent, at a time when the draft regulations were still in development. The Service asserts executive privilege for the entire document as it contains suggested draft language for the regulations, which had not yet been issued.

**Bates Nos. CC3433-CC3436** – An exchange of thirteen emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, William O'Shea, Heather Maloy, Eric Solomon, George Manousos, and Monte Jackel, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. Some of the emails are included in Bates Nos. CC3424-CC3427, and the Service asserts executive privilege for the same reason as that duplicate document. The Service also asserts executive privilege for the other portions as they reflect changes in language of the draft § 752 regulations for which the recipients' views were being sought, including certain issues still requiring coordination among various Associate Chief Counsel offices, during the time when the draft regulations were still in development.

**Bates Nos. CC3437-CC3440** – An exchange of twelve emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, William O'Shea, Heather Maloy, Eric Solomon, George Manousos, and Monte Jackel, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in Bates Nos. CC3433-CC3436. The Service asserts executive privilege for the entire document for the same reason as that duplicate document.

**Bates Nos. CC3441-CC3443** – An exchange of eleven emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, William O'Shea, Heather Maloy, Eric Solomon, George Manousos, and Monte Jackel, September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in

Bates Nos. CC3433-CC3436. The Service asserts executive privilege for the entire document for the same reason as that duplicate document.

**Bates Nos. CC3444-CC3446 –** An exchange of ten emails among Laura Nash, Donna Marie Young, David Schneider, Dianna Miosi, Deborah Harrington, Kathleen Reed, John Huffman, Stephanie Robinson, George Manousos, and Monte Jackel, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in Bates Nos. CC3433-CC3436. The Service asserts executive privilege for the entire document for the same reason as that duplicate document.

**Bates Nos. CC3447-CC3449 –** An exchange of nine emails among Deborah Harrington, Kathleen Reed, George Manousos, John Huffman, Laura Nash, Donna Marie Young, Dianna Miosi, and Monte Jackel, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in Bates Nos. CC3433-CC3436. The Service asserts executive privilege for the entire document for the same reason as that duplicate document.

**Bates No. CC3450 –** An exchange of two emails between Douglas Bates and Laura Nash, discussing revisions to language of draft regulations dated October 5, 2004. The Service asserts executive privilege for the portion of the document that consists of Mr. Nash's email on October 5, 2004, at 3:09pm that reflects a change in one part of the draft regulations from prior versions for which concurrence was being sought.

**Bates No. CC3452 –** An email, dated October 5, 2004, from Laura Nash to Douglas Bates, discussing revisions to language of the draft regulations. The one email is a duplicate of an email included in Bates No. CC3450. The Service asserts executive privilege for that portion of the document for the same reason as that duplicate document.

**Bates Nos. CC3453-CC3455 –** An exchange of eleven emails among Kathleen Reed, Laura Nash, Donna Marie Young, John Huffman, Dianna Miosi, Monte Jackel, Deborah Harrington, and George Manousos, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations. Bates No. CC3455 is blank. Seven of the emails are duplicates of Bates Nos. CC3435-CC3436, and the Service asserts executive privilege for the portions of the document (identical to Bates No. CC3435-CC3436) for the same reason as that duplicate document. The Service also claims executive privilege for the portion of the document that contains Mr. Jackel's October 5th email because it reflects his recommendations regarding changes in language of the draft § 752 regulations, including certain issues still requiring coordination among various Associate Chief Counsel offices, during the time when the draft regulations were still in development.

**Bates Nos. CC3456-CC3458 –** An exchange of eight emails Kathleen Reed, Laura Nash, Donna Marie Young, John Huffman, Dianna Miosi, Monte Jackel, Deborah Harrington, and George Manousos, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in Bates Nos. CC3425-CC3427. The Service asserts executive privilege for the portions of the document (identical to Bates Nos. CC3425-CC3427) for the same reason as that duplicate document.

**Bates Nos. CC3459-CC3460 –** An exchange of nine emails among Kathleen Reed, Laura Nash, Donna Marie Young, John Huffman, Dianna Miosi, Monte Jackel, Deborah Harrington, and George Manousos, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in Bates Nos. CC3453-CC3455. The Service asserts executive privilege for the portions of the document (identical to Bates Nos. CC3453-CC3455) for the same reason as that duplicate document.

**Bates Nos. CC3461-CC3462 –** An exchange of eight emails Kathleen Reed, Laura Nash, Donna Marie Young, John Huffman, Dianna Miosi, Monte Jackel, Deborah Harrington, and George Manousos, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible revisions to language of the draft regulations, all of which are included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates Nos. CC3463-CC3464 –** An exchange of seven emails among Kathleen Reed, Laura Nash, Donna Marie Young, John Huffman, Dianna Miosi, Monte Jackel, Deborah Harrington, and George Manousos, dated September 28, 2004, and October 5, 2004, discussing the authors' respective views as to possible language of the draft regulations, all of which are included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates No. CC3465 –** An exchange of five emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated September 28, 2004 and October 5, 2004, discussing the authors' respective views as to possible language of the draft regulations, all of which are included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates No. CC3466** – An exchange of three emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated September 28, 2004, and October 5, 2004, discussing the respective views of the recipients of the emails as to possible language of the draft regulations, all of which are included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates No. CC3467** – An exchange of two emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated September 28, 2004, and October 5, 2004, discussing the respective views of the authors as to possible language of the draft regulations, all of which are included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates No. CC3468** – An exchange of two emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated September 28, 2004, and October 5, 2004, discussing the respective views of the authors as to possible language of the draft regulations. The email written by Ms. Nash is included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates No. CC3469** – An exchange of two emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated September 28, 2004, discussing the respective views of the authors as to possible language of the draft regulations. The email written by Ms. Nash is included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document. The Service also claims executive privilege for Mr. Jackel's email because it contains his suggested revisions in language of the draft § 752 regulations, during the time when the draft regulations were still in development.

**Bates No. CC3470** – An email from Laura Nash to Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated September 28, 2004, discussing the respective views of the authors as to possible language of the draft regulations, which is included in Bates Nos. CC3420-CC3422. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3420-CC3422) for the same reason as that duplicate document.

**Bates Nos. CC3471-CC3472** – An exchange of seven emails among Andrew Keyso, Jr., Special Counsel to the Chief Counsel, Laura Nash, Kathleen Reed, Monte Jackel, John Huffman, Donna Young, and Dianna Miosi, dated September 25, 27, and 28, 2004, discussing revisions to language of preamble and

examples section of the draft regulations. The Service asserts executive privilege for a portion of Ms. Reed's email on September 27, 2004, at 4:41pm and a portion of Ms. Young's email on September 27, 2004, at 12:55pm as they reflect the respective authors' suggested changes to the preamble of the draft regulations, which had not yet been issued.

**Bates Nos. CC3473-CC3474** – An exchange of six emails among Laura Nash, Kathleen Reed, Monte Jackel, John Huffman, Donna Marie Young, and Dianna Miosi, dated September 25, 27, and 28, 2004, discussing the authors' suggested views regarding revisions to language of preamble and examples section of draft regulations, which are included in Bates Nos. CC3471-CC3472 except Ms. Young's email on September 28, 2004, at 10:07am. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3422) for the same reason as that duplicate document, as well as for Ms. Young's email as it contains her reactions to, and suggested changes for, the draft language of the regulations.

**Bates Nos. CC3475-CC3476** – An exchange of six emails among Andrew Keyso, Jr., Laura Nash, Kathleen Reed, Monte Jackel, Donna Marie Young, and Dianna Miosi, dated September 25, 27, and 28, 2004, discussing suggested revisions to language of preamble and examples section of draft regulations, all of which are included in Bates Nos. CC3471-CC3472. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3472) for the same reason as that duplicate document.

**Bates Nos. CC3477-CC3478** – An exchange of eight emails Laura Nash, Kathleen Reed, Monte Jackel, John Huffman, Donna Marie Young, and Dianna Miosi, containing the authors' suggested revisions to language of preamble and examples section of draft regulations, dated September 25, 27, and 28, 2004, some of which are included in Bates Nos. CC3471-CC3472. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3472) for the same reason as that duplicate document.

**Bates Nos. CC3479-CC3480** – An exchange of seven emails among Laura Nash, Kathleen Reed, Monte Jackel, John Huffman, Donna Marie Young, and Dianna Miosi, dated September 25, 27, and 28, 2004, discussing suggested revisions to language of preamble and example section of draft regulations, some of which is included in Bates Nos. CC3471-CC3472. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3472) for the same reason as that duplicate document.

**Bates Nos. CC3481-CC3482** – An exchange of seven emails among Laura Nash, Kathleen Reed, Monte Jackel, John Huffman, Donna Marie Young, and Dianna Miosi, dated September 25, 27, 2004, discussing suggested revisions to language of preamble and examples sections of draft regulations, some of which is included in Bates Nos. CC3471-CC3472. The Service asserts executive

privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3472) for the same reason as that duplicate document.

**Bates Nos. CC3483-CC3484** – An exchange of five emails among Laura Nash, Kathleen Reed, Monte Jackel, Donna Marie Young, and Dianna Miosi, dated September 25, 27, 2004, discussing suggested revisions to language of preamble and examples section of draft regulations, all of which is included in Bates Nos. CC3471-CC3472. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3472) for the same reason as that duplicate document.

**Bates No. CC3485** – An exchange of four emails among Laura Nash, Kathleen Reed, Monte Jackel, Donna Young, and Dianna Miosi, dated September 25, 27, 2004, discussing suggested revisions to language of preamble and examples section of draft regulations, all of which is included in Bates Nos. CC3471-CC3472. The Service asserts executive privilege for the same portions of the document (identical to Bates Nos. CC3471-CC3472) for the same reason as that duplicate document

**Bates No. CC3486 –** An email from Deborah Harrington to Laura Nash, Dianna Miosi, Donna Marie Young, Monte Jackel, and Audrey Nacamuli, dated September 23, 2004, conveying the views of Matthew Lay regarding draft language for the proposed regulations. The Service asserts executive privilege for the entire document as it contains Mr. Lay's opinions and recommendations regarding draft language for the regulations, which had not yet been issued.

**Bates Nos. CC3487-CC3488** – An exchange of seven emails among Donna Marie Young, Ashton Trice, Chief, Branch 2, APJP, Laura Nash, Susan Mosley, Senior Technician Reviewer, Branch 3, APJP, William Heard, Nancy Galib, Assistant to the Branch Chief, Branch 2, APJP, and Monte Jackel, dated September 21 and 23, 2004, discussing the authors' suggested revisions to the draft regulations. The Service claims executive privilege for the entire document as it contains the authors' respective views about, and recommended draft language to address, a scenario that may arise under the draft regulations as then drafted.

**Bates Nos. CC3489-CC3490** – An exchange of six emails among Donna Young, Ashton Trice, Laura Nash, Susan Mosley, William Heard, Nancy Galib, and Monte Jackel, dated September 21 and 23, 2004, discussing the authors' suggested revisions to the draft regulations in light of a scenario that may arise under the draft regulations as then drafted, which are included in Bates Nos. CC3487-CC3488. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3491-CC3493** – An exchange of nine emails among Donna Marie Young, Laura Nash, Kathleen Reed, Dianna Miosi, Monte Jackel, and John

Huffman, dated September 21 and 22, 2004, containing a discussion of a particular type of liability as it would arise under the draft regulations. The Service claims executive privilege for Ms. Young's email on September 22, 2004, at 11:30am, Ms. Reed's emails on September 21 at 4:20pm and September 22 at 8:49am, and Mr. Jackel's email on September 21, 2004, at 9:28am, as they contain the respective authors' opinions and analyses regarding the particular liability issue under the draft regulations, which had not yet been issued.

**Bates Nos. CC3494-CC3495** – An exchange of six emails among Donna Marie Young, Laura Nash, Kathleen Reed, Dianna Miosi, and Monte Jackel, dated September 21 and 22, 2004, containing a discussion of a particular type of liability as it would arise under the draft regulations, all of which are included in Bates Nos. CC3491-CC3493. The Service asserts executive privilege for the same portions for the same reason for that duplicate document.

**Bates Nos. CC3496-CC3497** – An exchange of five emails among Donna Marie Young, Laura Nash, Kathleen Reed, Dianna Miosi, and Monte Jackel, dated September 21 and 22, 2004, discussing the application of a particular type of liability to the draft regulations. The entire document is included in Bates Nos. CC3492-CC3493, and the Service asserts executive privilege for the same portions for the same reason for that duplicate document.

**Bates No. CC3498** – An exchange of four emails among Donna Marie Young, Laura Nash, Kathleen Reed, Dianna Miosi, and Monte Jackel, dated September 21, 2004. The entire document is included in Bates Nos. CC3492-CC3493, and the Service asserts executive privilege for the same portions for the same reason for that duplicate document.

**Bates Nos. CC3499-CC3500** – An exchange of five emails among Donna Marie Young, Ashton Trice, Laura Nash, Susan Mosley, William Heard, and Monte Jackel, dated September 21, 2004, discussing the authors' respective views regarding the relationship of the draft regulations to the Service's treatment of related issues. The Service asserts executive privilege for the entire document as it contains the authors' opinions regarding, and analyses of, the interaction of the draft regulations and the other issues that may have some bearing on the transactions being addressed in the draft regulations.

**Bates Nos. CC3501-CC3502** – An exchange of four emails among Donna Marie Young, Ashton Trice, Laura Nash, Susan Mosley, William Heard, and Monte Jackel, dated September 21, 2004, discussing the author's respective views regarding a particular which arose under the draft regulations, which is included in Bates Nos. CC3499-CC3500. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3503** – An exchange of three emails among Donna Marie Young, Ashton Trice, Laura Nash, Susan Mosley, William Heard, and Monte Jackel,

dated September 21, 2004, discussing the authors' respective views regarding a particular which arose under the draft regulations, which is included in Bates Nos. CC3499-CC3500. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3504** – An exchange of two emails among Donna Marie Young, Ashton Trice, Laura Nash, Susan Mosley, William Heard, and Monte Jackel, dated September 21, 2004, discussing the authors' respective views regarding a particular issue which arose under the draft regulations, which is included in Bates Nos. CC3499-CC3500. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3505** – An email from Donna Marie Young to Ashton Trice, Laura Nash, Susan Mosley, William Heard, and Monte Jackel, dated September 21, 2004, 2:11pm, discussing the application of a particular portion of the draft regulations, which is included in Bates No.CC3499-CC3500. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3506** – An exchange of three emails among Kathleen Reed, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 21, 2004, discussing issues arising under the draft regulations, which are included in Bates Nos. CC3496-CC3497. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3507** – Email from Monte Jackel to Laura Nash, Dianna Miosi, and Donna Young, dated September 21, 2004, 9:28am, discussing issues arising under the draft regulations. This email is included in Bates Nos. CC3492-CC3493. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3508** – An exchange of four emails among Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 14 and 20, 2004, discussing issues arising under the draft regulations. The Service asserts executive privilege for the portions of the document which consist of Mr. Jackel's email on September 20, 2004, at 3:55pm and a portion of Ms. Harrington's email on September 14, 2004, at 1:21pm, as they convey suggested draft language by Eric Solomon for an example in the draft regulations, which had not yet been issued.

**Bates Nos. CC3509-CC3513** – An exchange of twenty emails among Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 14, 15, 16, and 17, 2004, discussing revisions under the draft regulations, some of which were included in Bates No. CC3508. The Service asserts executive privilege for the same portions for the same reason asserted

for that duplicate document. In addition, the Service asserts executive privilege for a portion of Ms. Young's email on September 17, 2004, at 9:47am, a portion of Mr. Jackel's emails on September 14, 2004, at 4:15pm and 5:16pm, and a portion of Ms. Harrington's email on September 14, 2004, at 5:02pm as the withheld information conveys suggested changes to the draft regulations made by Eric Solomon and Mr. Jackel, and the authors' opinions and comments regarding their suggestions.

**Bates Nos. CC3514-CC3518** – An exchange of twenty emails among Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 14, 15, 16, and 17, 2004, discussing revisions under the draft regulations, many of which are included in Bates Nos. CC3509-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for Ms, Young's email on September 17, 2004, at 9:56am, as it contains her opinions regarding, and comments on, the effect of the regulations on pending litigation.

**Bates Nos. CC3519-CC3523** – An exchange of twenty emails among Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 14, 15, 16, and 17, 2004, discussing revisions to language of the draft regulations, many of which are included in Bates Nos. CC3509-CC3519. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for Mr. Jackel's email on September 17, 2004, at 9:55am, as it consists of his analysis and opinions regarding suggested changes by Ms. Harrington to an example in the draft language of the regulations, which had not yet been issued.

**Bates Nos. CC3524-CC3528** – An exchange of nineteen emails Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, discussing revisions under the draft regulations, all of which are included in Bates Nos. CC3509-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3529-CC3533** – An exchange of sixteen emails among Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 14, 15, 16, and 17, 2004, discussing revisions in the draft regulations, all of which are included in Bates Nos. CC3509-CC3513. Bates number page CC3533 is blank. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3534** – An exchange of three emails among Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 9, 2004, discussing suggested revisions to the draft regulations. The Service asserts executive privilege for the entire document as it contains the

authors' opinions and recommendations concerning draft language in light of a recommendation made by Eric Solomon.

**Bates No. CC3535** – An exchange of two emails Deborah Harrington, Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 9, 2004, discussing revisions to the draft regulations, all of which is included in Bates No. CC3534. The Service asserts executive privilege for the same reason as that duplicate document.

**Bates No. CC3536** – An email from Deborah Harrington to Monte Jackel, Laura Nash, Dianna Miosi, and Donna Marie Young, dated September 9, 2004, discussing revisions under the draft regulations, all of which is included in Bates No. CC3534. The Service asserts executive privilege for the same reason as that duplicate document.

**Bates Nos. CC3539-CC3540** – An email from Laura Nash to Dale Goode and Dianna Miosi, dated September 3, 2004, discussing editorial revisions to language of draft regulations made by Mr. Goode. Bates No. 3540 is blank. The Service asserts executive privilege for the portion of the document which consists of Mr. Goode's suggested changes to the language of the draft regulations, which had not yet been issued.

**Bates Nos. CC3541-CC3542** – An exchange of six emails among William Alexander, Deborah Harrington, Donna Marie Young, Laura Nash, Douglas Bates, Audrey Nacamuli, and Eric Solomon, dated September 14 and 15, 2004, discussing the authors' views, as well as Matthew Lay's, regarding the interaction of the draft § 752 regulations with the draft § 358 proposed regulations. The Service asserts executive privilege for a portion of Mr. Alexander's email on September 15, 2004, at 11:53am, Ms. Harrington's email on September 15, 2004, at 10:59am, a portion of Ms. Nash's email on September 15, 2004, at 10:56am, Ms. Young's email on September 15, 2004, at 10:32am, and a portion of Mr. Bates' email on September 14, 2004, at 4:21pm, because they contain the authors' respective views and recommendations regarding the interaction between the draft § 752 regulations and the draft § 358 regulations, neither of which had yet been issued.

**Bates Nos. CC3543-CC3544** – An exchange of five emails William Alexander, Deborah Harrington, Donna Marie Young, Laura Nash, Douglas Bates, Audrey Nacamuli, and Eric Solomon, dated September 14 and September 15, 2004, discussing the authors' views, as well as Matthew Lay's, regarding the interaction of the draft § 752 regulations with the draft § 358 proposed regulations, all of which are included in Bates Nos. CC3541-CC3542. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3545-CC3548** – An exchange of fourteen emails among Deborah Harrington, Laura Nash, Monte Jackel, Donna Marie Young, and Dianna Miosi, dated September 14 and September 15, 2004, discussing revisions to language of the draft regulations, which are included in Bates Nos. CC3509-CC3513, except the September 15, 2004, 11:00am from Ms. Harrington. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3550-CC3551** – An exchange of five emails among Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Ian Russell, dated September 14 and September 15, 2004, discussing the authors' views, as well as Matthew Lay's, regarding the interaction of the draft regulations with the draft § 358 regulations, which are included in Bates Nos. CC3541-CC3542, except Ms. Nash's September 15, 2004, at 10:56am email. Bates No. CC3351 is blank. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for a portion of Ms. Nash's September 15, 2004, at 10:56am email because it discusses a potential application of the regulations that had not yet been drafted.

**Bates No. CC3552** – An exchange of four emails among Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Ian Russell, dated September 14 and 15, 2004, discussing the authors' views, as well as Matthew Lay's, regarding the interaction of the draft § 752 regulations with the draft § 358 regulations, all of which are included in Bates Nos. CC3541-CC3542. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3553-CC3556** – An exchange of ten emails among Monte Jackel, Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated September 14 and 15, 2004, discussing suggested changes to the draft regulations made by Eric Solomon and Mr. Jackel, all of which are included in Bates Nos. CC3509-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3557-CC3559** – An exchange of eight emails among Deborah Harrington, Monte Jackel, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated September 14, 2004, discussing recommendations to suggested draft language and comments made by Mr. Jackel and Eric Solomon, all of which are included in Bates Nos. CC3511-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3560-CC3562** – An exchange of eight emails among Deborah Harrington, Monte Jackel, Laura Nash, Donna Marie Young, Douglas Bates, and

Dianna Miosi, dated September 14, 2004, discussing recommendations to suggested draft language and comments made by Mr. Jackel and Eric Solomon, which are included in Bates Nos. CC3511-CC3513, except Ms. Young's email on September 14, 2004, at 5:03pm. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3563-CC3565** – An exchange of seven emails among, among Monte Jackel, Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated September 14, 2004, discussing recommendations to suggested draft language and comments made by Mr. Jackel and Eric Solomon, all of which are included in Bates Nos. CC3511-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3566** – An exchange of two emails among Laura Nash, Douglas Bates, and Ian Russell, dated September 14, 2004, discussing the origins of certain revisions to language of draft regulations, which are included in Bates Nos. CC3542. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3567-CC3568** – An exchange of six emails among Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated September 14, 2004, conveying suggested changes to the draft regulations made by Eric Solomon and the authors' opinions and reactions to the suggestions made by Mr. Jackel, all of which are contained in Bates Nos. CC3512-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3569-CC3570** – An exchange of five emails among Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated September 14, 2004, conveying suggested changes to the draft regulations made by Eric Solomon and the authors' opinions and reactions to the suggestions made by Mr. Jackel, all of which are contained in Bates Nos. CC3512-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3571-CC3572** – An exchange of four emails Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated September 14, 2004, conveying suggested changes to the draft regulations made by Eric Solomon and the authors' opinions and reactions to the suggestions made by Mr. Jackel, all of which are contained in Bates Nos. CC3512-CC3513. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3579** – An exchange of four emails among Deborah Harrington, Laura Nash, Donna Marie Young, Douglas Bates, and Dianna Miosi, dated