September 9, 2004, containing the authors' opinions and recommendations concerning draft language in light of a recommendation made by Eric Solomon. The document is included in Bates No. CC3534, except Mr. Jackel's email on September 9, 2004, at 4:42pm. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the portion of the document that contains Mr. Jackel's September 9, 2004, at 4:42pm email because it consists of the author's opinions and recommendations concerning draft language in light of a recommendation made by Eric Solomon.

**Bates No. CC3580** – An exchange of two emails among Laura Nash, Monte Jackel, and David Haglund, dated August 27, 2004, discussing issues arising under the draft regulations and its impact on other pending regulations projects The Service asserts executive privilege for the portion of the document consisting of Ms. Nash's email on August 27, 2004, at 11:59am as it contains her opinion regarding the impact of an issue on the draft regulations.

**Bates Nos. CC3581-CC3583** – An exchange of five emails among William O'Shea, Michael Goldman, attorney, Branch 3, PSI, Christine Ellison, David Haglund, Senior Technician Reviewer, Branch 1, PSI, Laura Nash, Christopher Trump, attorney, Branch 3, PSI, Monte Jackel, and Heather Maloy, dated August 26 and 27, 2004, discussing the potential application of the draft regulations to a particular type of transaction. The Service asserts executive privilege for a portions of Mr. Jackel's emails on August 26, 2004, at 4:42 pm and August 27, 2004, at 11:21am, Mr. Haglund's email on August 27, 2004, at 11:08am, Mr. Jackel's email on August 27, 2004, at 9:05am, and Mr. O'Shea's email on August 27, 2004, at 8:39am, as they contain the respective authors' opinions and analysis of a technical advice memorandum ("TAM") and its impact on the draft regulations, which had not yet been issued.

**Bates Nos. CC3584-CC3586** – An exchange of five emails among William O'Shea, Michael Goldman, Christine Ellison, David Haglund, Laura Nash, Christopher Trump, Donna Marie Young, Monte Jackel, and Heather Maloy, dated August 26 and 27, 2004, discussing the potential application of the draft regulations to a particular type of transaction. All the emails are included in Bates Nos. CC3581-CC3583, except the email written by Ms. Young on August 27, 2004, at 11:16am. The Service asserts executive privilege for the same portions as Bates Nos. CC3581-3583 for the same reason, as well as for the email written by Ms. Young as it contains her opinion regarding the application of the discussed TAM to the draft regulations, which informed the development of the regulations.

**Bates Nos. CC3587-CC3589** – An exchange of four emails among William O'Shea, Michael Goldman, Christine Ellison, David Haglund, Laura Nash, Christopher Trump, Donna Marie Young, Monte Jackel, and Heather Maloy, dated August 26 and 27, 2004, discussing the potential application of the draft

regulations to a particular type of transaction, all of which are included in Bates Nos. CC3581-CC3583. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3594** – An exchange of three emails among Laura Nash, Donna Marie Young, Monte Jackel, and Dianna Miosi, dated August 12 and 13, 2004, discussing suggested revisions to language of the draft regulations. The Service asserts executive privilege for the portions of the document which consist of a portion of Mr. Jackel's email on August 13, 2004, at 8:59am and Ms. Young's email on August 13, 2004, at 8:58am because they contain the authors' respective views regarding the suggested draft language of the regulations, which had not yet been issued.

**Bates No. CC3595** – An exchange of two emails among Laura Nash, Donna Marie Young, Monte Jackel, and Dianna Miosi, dated August 12 and 13, 2004, discussing proposed revisions to language of the draft regulations, all of which are included in Bates No. CC3594. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates Nos. CC3602-CC3604** – An exchange of twelve emails among Douglas Bates, Horace Howells, Laura Nash, and Ian Russell, dated June 18 and 23, 2004, and August 3, 4, 11 and 13, 2004, discussing revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Ms. Nash's email on August 4, 2004, at 12:10pm and a portion of Mr. Howells' email on June 18, 2004, at 3:09pm as they contain the respective author's recommendations and analyses regarding suggested draft language of the regulations, which had not yet been issued.

**Bates No. CC3607** – An exchange of three emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, and Deborah Harrington, discussing Ms. Harrington's proposed revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Mr. Jackel's email on August 10, 2004, at 11:34am as it contains his reactions to Ms. Harrington's suggested draft language for the regulations, which had not yet been issued.

**Bates No. CC3610** – An exchange of four emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, and Deborah Harrington, dated August 5 and 6, 2004, discussing revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Ms. Young's email on August 6, 2004, at 1:13pm as it contains the author's suggested changes to the draft language of the regulations and conveys suggested changes by Heather Maloy to the draft regulations, which had not yet been issued.

**Bates No. CC3611** – An exchange of three emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, and Deborah Harrington, dated August 5 and 6, 2004, incorporating the author's and Heather Maloy's suggested

revisions to language of the draft regulations, all of which are included in Bates No. CC3610. The Service asserts executive privilege for the same portion for the same reason as that duplicate document.

**Bates Nos. CC3613-CC3615** – An exchange of ten emails among Douglas Bates, Horace Howells, Laura Nash, and Ian Russell, dated June 18 and 23, 2004, and August 3, and 4, 2004, discussing revisions to language of the draft regulations, all of which are contained in Bates Nos. CC3602-CC3604. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3616-CC3617** – An exchange of ten emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, Deborah Harrington, Dianna Miosi, William Blanchard, Rebecca Asta, and Heather Maloy, dated June 30, 2004, and August 3 and 4, 2004, discussing revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Ms. Young's email on August 3, 2004, at 4:15pm as it contains her opinions regarding, and comment on, draft language for the regulations, as well as conveys Ms. Harrington's views regarding certain issues arising under the draft regulations, which had not yet been issued.

**Bates Nos. CC3618-CC3619** – An exchange of eight emails among Douglas Bates, Laura Nash, Ian Russell, and Horace Howells, dated June 18 and 23, 2004, and August 3 and 4, 2004, discussing revisions to language of the draft regulations, all of which are included Bates Nos. CC3602-CC3604. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3620 –** An exchange of four emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, Deborah Harrington, Dianna Miosi, William Blanchard, Rebecca Asta, and Heather Maloy, dated June 30, 2004, and August 3 and 4, 2004, discussing revisions to language of the draft regulations, all of which are included in Bates Nos. CC3616-CC3617. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3621-CC3622 –** An exchange of six emails among Douglas Bates, Laura Nash, and Horace Howells, dated June 18 and 23, 2004, and August 3, 2004, discussing revisions to language of the draft regulations, all of which are included in Bates Nos. CC3603-CC3604. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3623-CC3625** – An exchange of six emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, Deborah Harrington, Dianna Miosi, William Blanchard, Rebecca Asta, and Heather Maloy, dated July 30,

2004, and August 2 and 3, 2004, discussing revisions to the language of the draft regulations. The Service asserts executive privilege for a portion of Ms. Harrington's email on August 3, 2004, at 12:04pm, a portion of Mr. Jackel's email on August 3, 2004, at 8:58am, and Ms. Asta's email on August 2, 2004, at 5:54pm as they contain the respective authors' questions regarding draft language and suggested draft language by Ms. Asta and Mr. Blanchard and responses to their questions by the other authors, all of which informed the development of the draft regulations, which had not yet been issued.

**Bates Nos. CC3628-CC3629** – An exchange of three emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, Deborah Harrington, Dianna Miosi, William Blanchard, Rebecca Asta, and Heather Maloy, dated July 30, 2004, and August 2 and 3, 2004, discussing revisions to the language of the draft regulations, all of which are contained in Bates Nos. CC3623-CC3625. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3630** – An exchange of two emails among Monte Jackel, Laura Nash, Donna Marie Young, Dianna Miosi, Deborah Harrington, Dianna Miosi, William Blanchard, Rebecca Asta, and Heather Maloy, dated July 30, 2004, and August 2, 2004, discussing revisions to the draft language of the regulations, all of which are contained in Bates Nos. CC3623-CC3625. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates No. CC3635** – An exchange of four emails among Monte Jackel, Laura Nash, Donna Marie Young, and Dianna Miosi, dated July 29 and 30, 2004, reflecting revisions made under the draft regulations. The Service asserts executive privilege for a portion of Mr. Jackel's email on July 30, 2004, at 11:23am as it reflects his suggested changes to the draft language to the regulations, dated July 29, 2004, which had not yet been issued.

**Bates No. CC3636** – An exchange of three emails among Monte Jackel, Laura Nash, Donna Marie Young, and Dianna Miosi, dated July 29 and 30, 2004, incorporating revisions under the draft regulations from prior versions, all of which are included in Bates No. CC3635. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates No. CC3640** – An exchange of five emails among Monte Jackel, Laura Nash, Donna Marie Young, Deborah Harrington, Rebecca Asta, William Blanchard, and Dianna Miosi, dated July 16, 26, and 27, 2004, discussing an issue arising under the draft regulations and the coordination between Associate offices in the Office of Chief Counsel. The Service asserts executive privilege for Ms. Nash's email on July 27, 2004, at 8:52am, a portion of Mr. Jackel's email on July 16, 2004, at 3:09pm, and a portion of Ms. Nash's email on July 16, 2004, at 2:22pm as they reflect the respective authors' opinions regarding, and comments

on, issues arising under the draft regulations. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3642** – An exchange of three emails among Monte Jackel, Laura Nash, Donna Marie Young, Deborah Harrington, Rebecca Asta, William Blanchard, and Dianna Miosi, dated July 16 and 26, 2004, discussing issues arising under the draft regulations and the coordination between Associate offices in the Office of Chief Counsel, all of which are contained in Bates No. CC3640. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates Nos. CC3643-CC3645** – An exchange of ten emails among Monte Jackel, Laura Nash, Donna Marie Young, Deborah Harrington, and Dianna Miosi, dated July 26, 2004, reflecting the respective authors' views regarding suggested language and recommended changes to language of the draft regulations. The Service asserts executive privilege for portions of Ms. Young's emails on July 26, 2004, at 3:43pm and 4:41pm, and a portion of Ms. Nash's email on July 26, 2004, at 2:48pm as they contain suggested draft language and highlight changes made in the most recent draft regulations from prior versions.

**Bates Nos. CC3646-CC3647** – An exchange of nine emails among Monte Jackel, Rebecca Asta, William Blanchard, Laura Nash, Donna Marie Young, Deborah Harrington, and Dianna Miosi, dated July 26, 2004, discussing revisions to language under the draft regulations, all of which are contained in Bates Nos. CC3643-CC3645. The Service asserts executive privilege for the same portions for the same reason as that duplicate document.

**Bates Nos. CC3651-CC3652** – An exchange of five emails among Monte Jackel, Laura Nash, Donna Marie Young, Deborah Harrington, and Dianna Miosi, dated July 23, 2004, reflecting the authors' recommendations regarding suggested draft language for the regulations. The Service asserts executive privilege for the portions of the document which consist of portions of Ms. Young's emails on July 23, 2004, at 12:08pm, 1:48pm, and 3:20pm as they contain her comments and opinions regarding the scope of authority portion of the draft regulations, dated July 22, 2004.

**Bates Nos. CC3653-CC3654** – An exchange of five emails among Laura Nash, Donna Marie Young, Lewis Fernandez, and Dianna Miosi, dated July 19, 21, and 23, 2004, containing suggested changes and recommendations for the preamble and authority sections of the draft regulations. The Service asserts executive privilege for portions of Ms. Young's emails on July 21, 2004, at 5:45pm and on July 19, 2004, at 5:00pm as they reflect her opinions and analysis regarding draft language for the regulations, which had not yet been issued.

**Bates No. CC3655** – An exchange of three emails among Laura Nash, Monte Jackel, Donna Marie Young, and Dianna Miosi, dated July 23, 2004, discussing revisions to language under the draft regulations, all of which are contained in Bates Nos. CC3651-CC3652. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3656-CC3657** – An exchange of four emails among Laura Nash, Deborah Harrington, Monte Jackel, Donna Marie Young, and Dianna Miosi, dated July 23, 2004, reflecting the respective authors' suggested revisions to language of the draft regulations, dated July 22, 2004. The emails are included in Bates Nos. CC3651-CC3652, except for Mr. Jackel's email on July 23, 2004, at 12:51pm and Ms. Harrington's email on July 23, 2004, at 1:22pm. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3658** – An exchange of two emails among Laura Nash, Deborah Harrington, Monte Jackel, Donna Marie Young, and Dianna Miosi, dated July 23, 2004, reflecting the respective authors' suggested revisions to the language of the draft regulations, dated July 22, 2004, both of which are included in Bates Nos. CC3651-CC3652. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3666** – An exchange of four emails among Laura Nash, Donna Marie Young, Lewis Fernandez, and Dianna Miosi, dated July 19 and 21, 2004, containing suggested changes and recommendations for the preamble and authority sections of the draft regulations, all of which are included in Bates Nos. CC3653-CC3654. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3667** – An exchange of two emails among Laura Nash, Donna Marie Young, and Lewis Fernandez, dated July 19, 2004, containing suggested changes and recommendations for the preamble and authority sections of the draft regulations, all of which are included in Bates Nos. CC3653-CC3654. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3668** – An exchange of two emails among Laura Nash, Donna Marie Young, Christine Ellison, James Gergurich, and Lewis Fernandez, dated July 19, 2004, discussing various issues arising under the draft regulations. The Service asserts executive privilege for the portion of the document consisting of a portion of Ms. Young's email on July 19, 2004, at 4:01pm because it consists of the author's opinions and analysis regarding the treatment of a particular issue under the draft regulations.

**Bates Nos. CC3670-CC3671** – An exchange of seven emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Matthew Lay, dated

July 8, 9, 19, 2004, reflecting the respective authors' views and comments regarding draft language as well as a status update for the regulations. The Service asserts executive privilege for a portion of Mr. Lay's email on July 19, 2004, at 11:59am, a portion of Ms. Nash's email on July 9, 2004, at 2:16pm, and a portion of Ms. Miosi's email on July 9, 2004, at 2:05pm as they contain the authors' respective recommendations for suggested draft language as well as their reactions to draft language suggested by Deborah Harrington.

**Bates Nos. CC3672-CC3673** – An exchange of five emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, Deborah Harrington, and Rebecca Asta, dated July 16, 2004, discussing revisions to language of the draft regulations. The Service asserts executive privilege for a portion of Mr. Jackel's emails on July 16, 2004, at 3:25 and 4:45pm, Ms. Harrington's email on July 16, 2004, at 4:39pm, Ms. Young's email on July 16, 2004, at 4:00pm, and a portion of Ms. Nash's email on July 16, 2004, at 2:22pm, because they contain the respective authors' opinions, analyses, recommendations, and suggested language for the draft regulations, dated July 16, 2004.

**Bates Nos. CC3674-CC3675** – An exchange of four emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, Deborah Harrington, and Rebecca Asta, dated July 16, 2004, discussing revisions to language of the draft regulations, all of which are included in Bates Nos. CC3672-CC3673. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3676** – An email, dated July 16, 2004, 2:22pm, from Laura Nash to Donna Marie Young, Dianna Miosi, Monte Jackel, Deborah Harrington, and Rebecca Asta, discussing revisions to language of the draft regulations, all of which is included in Bates Nos. CC3672-CC3673. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3677-CC3678** – An exchange of three emails among Laura Nash, Donna Marie Young, Monte Jackel, Deborah Harrington, Dianna Miosi, Laura Nash, Matthew Lay, Stephanie Robinson, James Gergurich, William O'Shea, Deane Burke, attorney, Branch 3, PSI, Christine Ellison, Heather Maloy and Rebecca Asta, dated July 9, 11, and 16, 2004, reflecting the respective authors' views regarding suggested language for the preamble of the draft § 1.752-7 regulations and the draft § 1.707-7 regulations. The Service asserts executive privilege for the entire document as it consists of the authors' opinions, analyses, conclusions, and recommendations with regard to the draft language of the regulations, which had not yet been issued.

**Bates Nos. CC3679-CC3680** – An exchange of five emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated July 14, 2004, discussing revisions to preamble language of the draft

regulations. The Service asserts executive privilege for the portions of the document which consist of Mr. Jackel's email on July 14, 2004, at 5:47pm and a portion of Ms. Nash's email on July 14, 2004, at 3:05pm, as they contain the authors' opinions and analyses regarding language concerning authority for inclusion in the preamble of the draft regulations, which had not yet been issued.

**Bates No. CC3681** – An exchange of four emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated July 14, 2004, discussing revisions to preamble language of the draft regulations, all of which are contained in Bates Nos. CC3679-CC3680. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3682** – An exchange of three emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated July 14, 2004, discussing revisions to preamble language of the draft regulations, all of which are contained in Bates Nos. CC3679-CC3680. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3683-CC3684** – An exchange of four emails among Laura Nash, Donna Marie Young, Monte Jackel, Deborah Harrington, Dianna Miosi, Matthew Lay, Stephanie Robinson, James Gergurich, William O'Shea, Deane Burke, Christine Ellison, Heather Maloy and Rebecca Asta, dated July 9, 11, and 14, 2004, reflecting the respective authors' views regarding suggested language for the preamble of the draft § 1.752-7 regulations and the draft § 1.707-7 regulations, which are included in Bates Nos. CC3677-CC3678, except for Ms. Nash's email on July 14, 2004, at 1:54pm and Ms. Asta's email on July 14, 2004, at 4:15pm. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the emails written by Ms. Nash and Ms. Asta as they contain their respective reactions to Mr. Jackel's suggestions for editorial changes to the draft preamble language.

**Bates No. CC3685** – An exchange of two emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, and Deborah Harrington, dated July 14, 2004, discussing, revisions to preamble language of the draft regulations, all of which are contained in Bates Nos. CC3679-CC3680. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3686** – An exchange of four emails among Laura Nash, Donna Marie Young, Dianna Miosi, Monte Jackel, William Blanchard, Rebecca Asta, and Deborah Harrington, dated July 9 and 13, 2004, reflecting the authors' (as well as a Treasury attorney's) views and concerns regarding a particular issue arising under the draft regulations in their present form. The Service asserts

executive privilege for the entire document as it contains the authors' analysis and opinions regarding an issue that would arise under the draft regulations, which had not yet been issued.

**Bates Nos. CC3687-CC3688** – An exchange of two emails among Laura Nash, Donna Marie Young, Monte Jackel, Deborah Harrington, Dianna Miosi, Laura Nash, Matthew Lay, Stephanie Robinson, James Gergurich, William O'Shea, Deane Burke, Christine Ellison, Heather Maloy and Rebecca Asta, dated July 9 and 11, 2004, reflecting the respective authors' views regarding suggested language for the preamble of the draft regulations and the § 1.707-7 regulations, all of which are included in Bates Nos. CC3677-CC3678. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3689** – An exchange of two emails among Laura Nash, Donna Marie Young, Dianna Miosi, William Blanchard, and Rebecca Asta, dated July 9, 2004, analyzing issues arising under, and discussing revisions to language in, the draft regulations, all of which are contained in Bates No. CC3686. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3691-CC3692** – An exchange of five emails among Laura Nash, Donna Marie Young, Dianna Miosi, and Monte Jackel, dated July 8 and 9, 2004, reflecting the respective authors' views regarding draft language of the regulations, as well as a status update for the regulations project, all of which are contained in Bates Nos. CC3670-CC3671, except Mr. Jackel's email on July 9, 2004, at 3:54 pm. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3693** – An exchange of two emails among Laura Nash, Donna Marie Young, Dianna Miosi, and Deborah Harrington, dated July 9, 2004, discussing revisions to language of the draft regulations and containing a cover sheet for draft language for the preamble of the regulations. The Service asserts executive privilege for a portion of Ms. Nash's email on July 9, 2004, at 2:26pm and a portion of Ms. Harrington's email on July 9, 2004, at 3:19pm, as they contain a draft of the preamble language sent by Ms. Nash and comments and recommendations concerning the preamble language by Ms. Harrington.

**Bates No. CC3694** – An email from Laura Nash to Donna Marie Young, Dianna Miosi, and Deborah Harrington, dated July 9, 2004, 2:26pm, containing a draft of preamble language for the draft regulations, soliciting the others' comments, all of which is contained in Bates No. CC3693. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3695-CC3696** – An exchange of four emails among Laura Nash to Donna Marie Young, Dianna Miosi, and Monte Jackel, dated July 8 and 9, 2004, reflecting the respective authors' views regarding draft language as well as containing a status update for the regulations, all of which are contained in Bates Nos. CC3670-CC3671. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3698** – An exchange of two emails among Laura Nash to Donna Marie Young, Dianna Miosi, and Monte Jackel, dated July 8, 2004, discussing their suggested revisions to language of the draft regulations. The Service claims executive privilege for the portions of Mr. Jackel's email on July 8, 2004, at 1:03pm, because it contains the author's recommendations for draft language for the regulations, which had not yet been issued.

**Bates Nos. CC3699-CC3702** – An exchange of four emails among Matthew Lay, Monte Jackel, Donna Marie Young, Laura Nash, Dianna Miosi, and Horace Howells, on June 22 and 23, 2004, in response to a fifth email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, attorney, OTP, Julian Kim, attorney, OTP, Jonathan Ackerman, attorney, OTP, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Publication Manager, PSI, Dianna Miosi, John Hines, Chief, Branch 2, PSI, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, Associate Chief Counsel (ITS), George Blaine, Deputy Associate Chief Counsel (ITA), Andrew Keyso, Jr., Douglas Fahey, Special Counsel to the Associate Chief Counsel (ITA), Donna Crisalli, Special Counsel to the Associate Chief Counsel (ITA), Lon Smith, Associate Chief Counsel (FIP), "&FIP REVIEW," Hal Hicks, Associate Chief Counsel (International), Steven Musher, Allen Goldstein, Camille Evans, Special Counsel to the Associate Chief Counsel (International), Deborah Butler, Dominic Paris, Deputy Associate Chief Counsel (PA), Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, attorney, TEGE, Thomas Terry, Melissa Arndt, Senior Legal Counsel (Research and Planning), LMSB, Danielle Grimm, Sara Coe, Assistant Division Counsel, ATAT, SBSE, Tom Thomas, Division Counsel, SBSE, Janice Geier, Special Counsel to Division Counsel, Small Business, SBSE, Mary Gorman, Taxpayer Education & Communication Support Manager, SBSE, Carol Campbell, John Cardone, Special Counsel to the Division Counsel, WI, Meryl Silver, Special Counsel to the Associate Chief Counsel (International), Nina Olsen, Robert Erickson, Tax Law Specialist, WI, and Laura Nash on May 27, 2004, for comment. These emails discuss revisions proposed for the green sheet version of the draft regulations. The Service asserts executive privilege for the entire document as it contains comments and recommendations for suggested draft language by Messrs. Lay and Jackel, including a comparison of draft language from another proposed regulations project concerning the definition of a liability, in response to the electronic circulation of the "Green Sheet" version of the draft regulations for each addressee's concurrence. The

email transmitting the regulations package highlights the significant issues for their consideration and comment.

**Bates No. CC3702A** – An email from Laura Nash to Deborah Harrington and Dianna Miosi written on July 8, 2004, regarding a revision made to language of the draft regulations. The Service asserts executive privilege for the entire document as it contains the author's opinions regarding the deletion of particular language in the draft regulations, which had not yet been issued.

**Bates No. CC3702D** – An exchange of two emails among Donna Marie Young, Dianna Miosi, Deborah Harrington, Monte Jackel, Laura Nash, and Rebecca Asta, dated June 28 and 29, 2004, discussing revisions to the draft regulations. The Service asserts executive privilege for the portions of the document which consist of the Ms, Young's email on June 29, 2004, at 6:03pm as it contains her recommendations and suggested editorial changes to the draft regulations, which had not yet been issued.

**Bates Nos. CC3702F-CC3702G** – An exchange of seven emails among Rebecca Asta, Monte Jackel, Laura Nash, Matthew Lay, Donna Marie Young, William O'Shea, Deborah Harrington, Horace Howells, Dianna Miosi, and Heather Maloy dated June 27 and 28, 2004, containing their respective views of an issue arising under the draft regulations. The Service asserts executive privilege for the entire document as it contains an analysis and recommendations of Mr. Jackel regarding an issue arising under the draft regulations, which had been circulated for comment.

**Bates No. CC3702H** – An exchange of three emails among Monte Jackel, Laura Nash, Matthew Lay, Donna Marie Young, William O'Shea, Deborah Harrington, Horace Howells, Dianna Miosi, and Heather Maloy dated June 27 and 28, 2004, containing an analysis of an issue arising under the draft regulations, all of which are contained in Bates Nos. CC3702F-CC3702G. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3702I** – An exchange of two emails among Monte Jackel, Laura Nash, Matthew Lay, Donna Marie Young, William O'Shea, Deborah Harrington, Horace Howells, Dianna Miosi, and Heather Maloy, dated June 27 and 28, 2004, containing an analysis of an issue arising under the draft regulations, all of which are contained in Bates Nos. CC3702F-CC3702G. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3702J-CC3702K** – An exchange of five emails among Horace Howells, Douglas Bates, and Laura Nash, dated June 18 and 23, 2004, discussing revisions of the draft language of the regulations, all of which are contained in Bates Nos. CC3602-CC3604. The Service asserts executive

privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3702L-CC3702M** – An exchange of four emails, dated June 14, 15 and 23, 2004, among Horace Howells, Dianna Miosi, Deborah Harrington, William O'Shea, Donna Marie Young, and Laura Nash, discussing revisions of the draft language of the regulations. The Service asserts executive privilege for the portion of the document consisting of Mr. Howells' email on June 14, 2004, at 6:37pm because it reflects his opinions regarding draft language of the § 752 regulations, which had not yet been issued.

**Bates Nos. CC3702N-CC3702R** – An exchange of six emails among Monte Jackel, Matthew Lay, Donna Marie Young, Laura Nash, Dianna Miosi, Heather Maloy, William O'Shea, Deborah Harrington, Stephanie Robinson, Horace Howells, Christine Ellison, James Gergurich, Deane Burke, and Jennifer Cieplak, Law Clerk, Branch 1, PSI, on June 22 and 23, 2004, in response to a seventh email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, Julian Kim, Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. All the emails are included in Bates Nos. CC3699-CC3702, except the emails written by Mr. Jackel on June 23, 2004, at 10:20am and 12:46pm and the email written by Mr. Lay on June 23, 2004, at 10:58am. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the above mentioned emails of Messrs. Jackel and Lay as they contain the authors' analyses regarding the purpose of certain language in the draft regulations, which had not yet been issued.

**Bates Nos. CC3702S-CC3702W** – An exchange of five emails among Matthew Lay, Monte Jackel, Donna Marie Young, Laura Nash, Dianna Miosi, Heather Maloy, William O'Shea, Deborah Harrington, Stephanie Robinson, Horace Howells, Christine Ellison, James Gergurich, Deane Burke, and Jennifer Cieplak, on June 22 and 23, 2004, in response to a sixth email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, Julian Kim,

Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. All the emails are included in Bates Nos. CC3702N-CC3702R. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3702Y –** An exchange of three emails among Horace Howells, Douglas Bates, and Laura Nash, dated June 22 and 23, 2004, discussing revisions of the draft language of the regulations and containing an analysis of particular issues arising under the draft regulations. The Service asserts executive privilege for the portion of the document which consists of a portion of Mr. Bates' email on June 22, 2004, at 1:59pm, as it contains his analysis of issues under § 358 and his suggestions regarding draft language for the regulations, which had not yet been issued.

**Bates Nos. CC3702Z-CC3702DD –** An exchange of four emails among Monte Jackel, Matthew Lay, Donna Marie Young, Laura Nash, Dianna Miosi, and Horace Howells, on June 22 and 23, 2004, in response to a fifth email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, Julian Kim, Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. All the emails are included in Bates Nos. CC3702N-CC3702R. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3702EE-CC3702HH** – An exchange of three emails among Monte Jackel, Matthew Lay, Donna Marie Young, Laura Nash, Dianna Miosi, and Horace Howells, on June 22 and 23, 2004, in response to a forth email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, Julian Kim, Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. All the emails are included in Bates Nos. CC3699-CC3702. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3703-CC3706** – An exchange of two emails among Monte Jackel, Matthew Lay, Donna Marie Young, Laura Nash, Dianna Miosi, and Horace Howells, on June 22, 2004, in response to a third email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, Julian Kim, Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. All the emails are included in Bates Nos. CC3699-CC3702. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3707** – An email from Matthew Lay, to Monte Jackel, Donna Marie Young, Laura Nash, Dianna Miosi, and Horace Howells, on June 22, 2004, in response to a second email transmitting the "Green Sheet" version of the draft

regulations to Eric Solomon, Jodi Cohen, Julian Kim, Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. All the emails are included in Bates Nos. CC3699-CC3702. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3710** – An exchange of two emails among Monte Jackel, Horace Howells, Donna Marie Young, William O'Shea, Heather Maloy, Matthew Lay, Special Counsel to the Associate Chief Counsel (PSI), and Laura Nash, dated May 27, 2004, and June 22 and 23, 2004, discussing issues arising under the draft regulations. The Service asserts executive privilege for the entire document as it contains Mr. Jackel's recommendations regarding the treatment of contingent liabilities under the draft regulations, which had not yet been issued.

**Bates Nos. CC3711-CC3712** – An exchange of three emails among Horace Howells, Dianna Miosi, Donna Marie Young, Deborah Harrington, William O'Shea, Heather Maloy, Laura Nash, dated June 14, 15 and 17, 2004, discussing revisions of the draft language of the regulations, which are included in Bates Nos. CC3702L-CC3707M, except Ms. Young's email on June 15, 2004, at 4:15pm and Ms. Miosi's email on June 17, 2004, at 2:24pm. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3713-CC3716** – An exchange of three emails among William Blanchard, Horace Howells, Donna Marie Young, Rebecca Asta, Dianna Miosi, Laura Nash, Dale Collinson, Michael Novey, Associate Tax Legislative Counsel, OTP, Viva Hammer, attorney, OTP, Deborah Harrington, Eric Solomon, and William O'Shea, dated June 4, 7, and 16, 2004, discussing issues arising under the draft regulations related to financial instruments. The Service asserts executive privilege for the entire document as it contains the respective authors' analyses, recommendations, and opinions regarding issues related to financial instruments as they would be affected under the draft regulations, which had not yet been issued.

**Bates No. CC3717** – An exchange of two emails among Horace Howells, Dianna Miosi, Deborah Harrington, William O'Shea, Donna Marie Young, Heather Maloy, and Laura Nash, dated June 14, and 15, 2004, discussing revisions of the draft language of the regulations, all of which are included in Bates Nos. CC3711-CC3712. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC3718** – An email from Horace Howells to Dianna Miosi, Deborah Harrington, William O'Shea, Donna Marie Young, Heather Maloy, and Laura Nash, dated June 14, 2004, at 6:37pm, discussing revisions of the draft language of the regulations, all of which is included in Bates Nos. CC3711-CC3712. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3719-CC3721** – An exchange of three emails among Monte Jackel, Horace Howells, Laura Nash, Matthew Lay, William O'Shea, Donna Marie Young, and Heather Maloy, on June 9, 10 and 14, 2004, in response to a forth email transmitting the "Green Sheet" version of the draft regulations to Eric Solomon, Jodi Cohen, Julian Kim, Jonathan Ackerman, Deborah Harrington, Donna Hansberry, Nicholas DeNovio, Cary Pugh, Matthew Stevens, Jonathan Zelnik, Heather Maloy, William O'Shea, Lewis Fernandez, Donna Marie Young, David Schneider, Matthew Lay, Louis Solomon, Dianna Miosi, John Hines, Christine Ellison, William Alexander, "&CORP Review," Robert Brown, George Blaine, Andrew Keyso, Jr., Douglas Fahey, Donna Crisalli, Lon Smith, "&FIP REVIEW," Hal Hicks, Steven Musher, Allen Goldstein, Camille Evans, Deborah Butler, Dominic Paris, Evelyn Petschek, Sarah Ingram, Nancy Marks, David Munroe, Thomas Terry, Melissa Arndt, Danielle Grimm, Sara Coe, Tom Thomas, Janice Geier, Mary Gorman, Carol Campbell, John Cardone, Meryl Silver, Nina Olsen, Robert Erickson, and Laura Nash on May 27, 2004, for comment. These emails provide an analysis and comparison of the language of the draft regulations to another proposed regulations project, and also a summary that highlights the purpose of certain language in the draft. The email written by Mr. Howells on May 27, 2004, is included in Bates No. CC3702 and the Service asserts executive privilege for the same reason as that duplicate document. The Service also asserts executive privilege for the portion of the document which consists of Mr. Jackel's email on June 10, 2004, at 9:15am, because it contains his observations, recommendations, analysis, and suggested draft language for changes to the "green sheet" circulation version of the draft regulations, which had not yet been issued.

**Bates Nos. CC3722-CC3723** – An exchange of two emails among Monte Jackel, Horace Howells, Laura Nash, Matthew Lay, William O'Shea, Donna Marie Young, and Heather Maloy, dated June 12 and 14, 2004, discussing revisions to the language of the preamble of the draft regulations. Bates No. CC3723 is blank. The Service asserts executive privilege for the portion of the document which consists of Mr. Jackel's email on June 12, 2004, at 8:59am, as it contains

his recommendations regarding suggested preamble language for the draft regulations, which had not yet been issued.

**Bates No. CC3725 –** An email from Douglas Bates to Laura Nash, dated June 8, 2004, 1:28pm, discussing certain issues arising under the draft regulations. The Service asserts executive privilege for the entire document as it contains the author's analysis of an issue arising under § 358(h) as it relates to the draft regulations, which had not yet been issued.

**Bates Nos. CC3726-CC3727 –** An exchange of two emails William Blanchard, Horace Howells, Donna Marie Young, Rebecca Asta, Dianna Miosi, Laura Nash, Dale Collinson, Deborah Harrington, Eric Solomon, and William O'Shea, dated June 4 and 7, 2004, discussing certain issues arising under the draft regulations, all of which are contained in Bates Nos. CC3714-CC3715. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC3728-CC3729 –** An email from Horace Howells to William Blanchard, Donna Marie Young, Rebecca Asta, Dianna Miosi, Laura Nash, Deborah Harrington, and William O'Shea, dated June 4, 2004, 6:38pm, discussing certain issues arising under the draft regulations, which is contained in Bates Nos. CC3714-CC3715. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

- **Binder 8**

**Bates Nos. CC3757-CC3766 –** An incomplete copy of the draft final and temporary § 752 regulations, drafted by Laura Fields, with handwritten annotations by Donna Marie Young on Bates Nos. CC3757, CC3758, CC3759, CC3760, CC3761, CC3762, CC3765, and CC3766, as well as redlined tracked changes throughout. Bates No. CC3757 is page number 6 of the draft. The document bears a handwritten notation in the upper right corner, "DY 11/16/04 re final reg." The Service asserts executive privilege for the entire document as it is a draft of the § 752 regulations that were not yet issued and contains recommendations for additional editorial changes, as well as certain questions on several pages made by Ms. Young.

**Bates Nos. CC3767-CC3771 –** Draft of preamble for the NPRM by cross reference to temporary regulations under § 358(h), dated November 17, 2004, drafted by Douglas Bates, with redlined tracked changes throughout. The Service asserts executive privilege for the entire document as it is a draft of the § 752 regulations that were not yet issued.

**Bates Nos. CC3772-CC3860 –** An undated, incomplete copy of the draft final and temporary regulations, drafted by Laura Fields. Bates No. CC3772 is page "2" and Bates No. CC0773 is the first page of the draft. The page numbers of the

draft begin with "2" then continue with "1," "4," "3," "6," "5," "8." That pattern of pagination continues through page number 56, when the correct order of pagination begins. The Service asserts executive privilege for the entire document as it is a draft of the § 752 regulations that were not yet issued.

**Bates Nos. CC3861-CC3948 –** Draft of temporary and final regulations, dated November 16, 2004, all of which is contained in Bates Nos. CC3772-CC3860, drafted by Laura Fields, with handwritten annotations by Donna Marie Young on Bates Nos. CC3861, CC3890, CC3896, and CC3906, and redlined tracked changes throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the handwritten annotations as they reflect the author's reactions to the draft language, as well as additional suggested changes to the draft regulations, which had not yet been issued.

**Bates Nos. CC3949-CC4034 –** Draft of final and temporary regulations, dated November 16, 2004, drafted by Laura Fields, all of which is contained in Bates Nos. CC3772-CC3860, with handwritten annotations by Dale Goode. The Service asserts executive privilege for the same reason asserted for that duplicate document. Mr. Goode's handwritten comments are editorial in nature, and appear on Bates Nos. CC3978, CC3984, and CC3991.

**Bates Nos. CC4035-CC4119 –** Draft of final and temporary regulations, drafted by Laura Fields, all of which is contained in Bates Nos. CC3772-CC3860, with handwritten annotations by Ms. Fields on Bates Nos. CC4036, CC4039, CC4040, CC4069, CC4070, CC4095, CC4101, CC4108, CC4112, CC4117and redlined tracked changes throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the handwritten annotations as they reflect the author's reactions to the language of the draft regulations, which had not yet been issued.

**Bates Nos. CC4120-CC4124 –** Draft of preamble for the NPRM for the proposed regulations under § 358(h), dated November 2, 2004, drafted by Douglas Bates, all of which is contained in Bates Nos. CC3767-CC3771, with handwritten annotations by Donna Marie Young on Bates No. CC4120. The Service asserts executive privilege for the same reason asserted for that duplicate document and for the additional handwritten annotations as they reflect Ms. Young's additional changes to the draft regulations, which had not yet been issued.

**Bates Nos. CC4125-CC4212 –** Draft of final and temporary regulations, dated November 16, 2004, prepared by Laura Fields, all of which is contained in Bates Nos. CC3772-CC3860, with redlined tracked changes throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4213-CC4217** – Draft of preamble for the NPRM by cross-reference to temporary regulations under § 358(h), dated November 16, 2004, drafted by Douglas Bates, all of which is contained in Bates Nos. CC3767-CC3771, with redlined tracked changes and handwritten annotations by an unspecified attorney on Bates No. CC4213. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4218-CC4305** – Draft of final and temporary regulations, dated November 3, 2004, drafted by Laura Fields, all of which is contained in Bates Nos. CC4125-CC4212., with redlined tracked changes throughout. The Service asserts executive privilege for the entire document as it is a draft of the § 752 regulations that were not yet issued.

**Bates Nos. CC4306-CC4307** – Draft of an executive summary of the regulations, prepared by Laura Fields, with handwritten annotations of an unspecified reviewer throughout. The Service asserts executive privilege for the entire document as the document contains the author's and reviewer's views of, and recommended draft language for, the executive summary. The executive summary highlights the changes made to the existing regulations by the proposed § 752 regulations, which had not yet been issued.

**Bates Nos. CC4308-CC4317** – Draft of Regulations Signature Package and Clearance Sheet and a draft of the Plain Language Summary and Executive Summary, prepared by Laura Fields, with redlined tracked changes and handwritten annotations, primarily of an editorial nature, of an unspecified reviewer throughout. The Service asserts executive privilege for the entire document as these documents are drafts of the signature package that relate to the draft regulations, which had not yet been issued.

**Bates Nos. CC4318-CC4319** – An exchange of six emails among Douglas Bates, Barbara Campbell, Stephanie Robinson, Audrey Nacamuli, Dianna Miosi, Donna Marie Young, Monte Jackel, and Laura Nash, dated October 28, 2004, and November 3 and 9, 2004, discussing the authors' respective views as to the proposed § 1.752-7 regulations, as well as a discussion as to the status of the regulations. The Service claims executive privilege for a portion of Ms. Campbell's email on November 3, 2004, at 9:50am, and a portion of Ms. Robinson's email on November 2, 2004, at 4:52pm, as the withheld portions contain the author's recommendations and opinions regarding the draft language for the § 1.752-7 regulations, which had not yet been issued.

**Bates Nos. CC4320-CC4321** – An exchange of three emails among Douglas Bates, Barbara Campbell, Stephanie Robinson, Audrey Nacamuli, Dianna Miosi, Donna Marie Young, Monte Jackel, and Laura Nash, dated October 28, 2004, and November 2 and 3, 2004, all of which are included in Bates Nos. CC4318-CC4319. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC4322** – An exchange of two emails among Douglas Bates, Barbara Campbell, Stephanie Robinson, Audrey Nacamuli, Dianna Miosi, Monte Jackel, Donna Marie Young, and Laura Nash, dated October 28, 2004, and November 2, 2004, all of which are included in Bates No. CC4319. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC4323-CC4324** – An exchange of three emails among Douglas Bates, Barbara Campbell, Stephanie Robinson, Audrey Nacamuli, Dianna Miosi, Monte Jackel, Donna Marie Young, and Laura Nash, dated October 28, 2004, and November 2 and 9, 2004. Ms. Nash's email on October 28, 2004, at 5:23pm, and Ms. Robinson's email on November 2, 2004, at 4:52pm, are included in Bates No. CC4319. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the portion of Ms. Campbell's email on November 9, 2004, at 2:46pm, as the withheld portion consists of the author's recommended changes to an example in the § 1.752-7 regulations.

**Bates Nos. CC4325-CC4326** – An exchange of six emails among Douglas Bates, Barbara Campbell, Stephanie Robinson, Audrey Nacamuli, Dianna Miosi, Monte Jackel, Donna Marie Young, and Laura Nash, dated October 28, 2004, and November 3 and 9, 2004, discussing the authors' respective views as to the proposed § 1.752-7 regulations, as well as a discussion as to the status of the regulations. All the emails included in this document are included in Bates Nos. CC4318-CC4319. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC4327** – An exchange of two emails among Douglas Bates, Barbara Campbell, Dianna Miosi, and Laura Nash, dated October 28 and 29, 2004, discussing revisions to the language of the draft regulations as well as a discussion of the status of the regulations project. The Service asserts executive privilege for a portion of Mr. Bates' email on October 29, 2004, at 10:47am, because it contains Mr. Bates' opinions and reactions to comments made by Dale Collinson regarding the draft § 1.752-7 regulations.

**Bates No. CC4328** – An exchange of two emails among Douglas Bates, Barbara Campbell, Stephanie Robinson, Audrey Nacamuli, Dianna Miosi, Monte Jackel, and Laura Nash, dated October 28, 2004, and November 2, 2004, all of which are included in Bates No. CC4319. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC4329-CC4333** – Draft of preamble for the NPRM by cross-reference to temporary regulations under § 358(h), dated November 1, 2004, drafted by Douglas Bates, all of which is contained in Bates Nos. CC3767-

CC3771, with redlined tracked changes throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document

**Bates Nos. CC4334-CC4338** – Draft of preamble for the NPRM by cross-reference to temporary regulations under § 358(h), dated November 1, 2004, drafted by Douglas Bates, all of which is contained in Bates Nos. CC3767-CC3771. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4339-CC4343** – Draft of preamble for the NPRM by cross-reference to temporary regulations under § 358(h), dated November 1, 2004, drafted by Douglas Bates. This document is a duplicate of CC4334-CC4338, all of which is contained in Bates Nos. CC3767-CC3771. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4344-CC4348** – Draft of preamble for the NPRM by cross-reference to temporary regulations under § 358(h), dated November 1, 2004, drafted by Douglas Bates. This document is a duplicate of Bates Nos. CC4329-CC4333, all of which is contained in Bates Nos. CC3767-CC3771. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4349** – An email from Laura Nash to Barbara Campbell and Dianna Miosi, dated October 28, 2004, discussing the status of the regulations project, summarizing the draft regulations, and attaching the signature package of documents. The email also includes a handwritten comment believed to be written by Ms. Campbell noting that the October 28th draft is missing from the attached documents. The Service asserts executive privilege for a portion of the email which contains Ms. Nash's opinion and analysis as to the basic overview of the regulations for Ms. Campbell's benefit, as she assumes temporary responsibility for the regulations project in Ms. Nash's absence.

**Bates Nos. CC4350** – An exchange of two emails among Laura Nash, Barbara Campbell, Douglas Bates, and Dianna Miosi, dated October 28 and 29, 2004, discussing revisions to the language of the draft § 1.752-7 regulations, all of which is contained in Bates No. CC4327. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4354-CC4358** – Draft of preamble for the NPRM by cross-reference to the temporary regulations under § 358(h), dated November 2, 2004, drafted by Douglas Bates. This document is a duplicate of Bates Nos. CC4334-CC4338, all of which is contained in Bates Nos. CC3767-CC3771. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4359-CC4363** – Draft of preamble for the NPRM by cross-reference to the temporary regulations under § 358(h), dated November 2, 2004, drafted by Douglas Bates. This document is a duplicate of Bates Nos. CC4329-CC4333, all of which is contained in Bates Nos. CC3767-CC3771. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC4364-CC4454** – Draft of the final and temporary regulations, all of which is contained in Bates Nos. CC3772-CC3860, with handwritten annotations of an unspecified reviewer throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the handwritten comments as they reflect the reviewer's reactions to the language contained in the draft regulations, which had not yet been issued.

**Bates Nos. CC4455-CC4457** – An undated portion of the text of the draft regulations, consisting of an examples section. The document was drafted by Laura Nash. The Service asserts executive privilege for the entire document as it contains a portion of the draft regulations, which had not yet been issued, as well as reflecting Ms. Nash's analysis of the issues contained in the examples and her views as to the proper treatment of the factual patterns contained in the examples.

**Bates No. CC4458** – An exchange of two emails among Dianna Miosi, Monte Jackel, Deborah Harrington, Donna Marie Young, and Laura Nash, dated September 28, 2004, discussing revisions to the language of the draft regulations, dated September 28, 2004. The Service asserts executive privilege for Mr. Jackel's email on September 28, 2004, at 3:24pm and for a portion of Ms. Nash's email on September 28, 2004, at 3:07pm, as the emails contain the respective authors' recommendations for changes to language in the attached draft as well as a description of the language in the attached draft.

**Bates Nos. CC4459-CC4464** – An undated draft portion of the text of the draft regulations, in particular the portion containing examples, all of which is contained in Bates Nos. CC3847-CC3850, with redlined tracked changes throughout, as well as extensive handwritten annotations throughout the document by an unspecified reviewer. The document was drafted by Laura Fields. The Service asserts executive privilege for the same reason asserted for that duplicate document, as well as for the handwritten comments, which are the author's opinions and recommendations concerning draft language for the example portion of the regulations, which had not yet been issued.

**Bates Nos. CC4465-CC4555** – Draft of the final and temporary regulations, all of which is contained in Bates Nos. CC3772-CC3860, with handwritten annotations and redlined tracked changes throughout. A handwritten comment on Bates No. CC4465 states that the comments are as a result of a meeting among Counsel

and possibly Treasury attorneys on September 21, 2004. The Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the handwritten comments as they reflect the author's reactions to the language of the draft regulations, which had not yet been issued.

**Bates Nos. CC4556-CC4639** – Draft of final and temporary § 752-7 regulations, all of which is contained in Bates Nos. CC3772-CC3860, with handwritten annotations by Dale Goode and redlined tracked changes throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document. The Service also asserts executive privilege for Mr. Goode's annotations throughout as they contain his recommendations for suggested draft language for the regulations, which had not yet been issued.

**Bates Nos. CC4640-CC4641** – An exchange of six emails, dated September 25, 27, and 28, 2004, among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, and Kathleen Reed, discussing revisions to language of the draft regulations. The Service asserts executive privilege for portions of Ms. Young's emails on September 27, 2004, at 12:55pm and September 28, 2004, at 10:07am, and a portion of Ms. Reed's email on September 27, 2004, at 4:41pm, which contain the authors' comments on, and recommendations about, draft language for the preamble and example sections of the § 1.752-7 regulations.

**Bates No. CC4642** – A draft of preamble language to the § 1.752-7 regulations. The Service asserts executive privilege for the entire document as it contains recommended draft language for regulations, which had not yet been issued.

**Bates Nos. CC4643-CC4644** – An exchange of six emails, dated September 25, 27, and 28, 2004, among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, and Kathleen Reed, discussing revisions to language of the draft regulations, which is included in Bates Nos. CC4640-CC4641. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC4645-CC4647** – Draft language from the examples section of the § 752 regulations along with redlined tracked changes throughout. The Service asserts executive privilege for the entire document as it contains the unspecified author's and reviewer's recommendations for suggested draft language for the regulations, which had not yet been issued.

**Bates Nos. CC4648-CC4650** – An exchange of fourteen emails among Monte Jackel, Laura Nash, Kathleen Reed, Donna Marie Young, John Huffman, and Dianna Miosi, dated September 21, 22, and 23, 2004, discussing the application of the § 1.752-7 regulations to a specific type of liability, all of which are contained in Bates Nos. CC3491-CC3493. The Service asserts executive

privilege for the same portions for the same reason asserted for that duplicate document.

**Bates Nos. CC4651-CC4652** – An exchange of seven emails among Donna Marie Young, Ashton Trice, Laura Nash, Susan Mosley, William Heard, Nancy Galib, and Monte Jackel, dated September 21 and 23, 2004, discussing the relationship between the § 1.752-7 regulations and certain compliance issues, all of which are contained in Bates Nos. CC3487-CC3488. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC4653** – An exchange of two emails among Douglas Bates, Laura Nash, and Ian Russell, dated September 14, 2004, discussing a change suggested by Eric Solomon to the contingent liability regulations, all of which is contained in Bates No. CC3550. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document.

**Bates No. CC4654** – A handwritten diagram and notes, written by Laura Nash, regarding issues arising under the draft regulations that needed resolution. The Service asserts executive privilege for the entire document as it contains Ms. Nash's thoughts regarding issues which need to be addressed in the draft regulations as well as her analysis of a particular issue arising under the draft regulations.

**Bates No. CC4660 –** An exchange of two emails among Rebecca Asta, Laura Nash, Donna Marie Young, Monte Jackel, Dianna Miosi, William Blanchard, Heather Maloy, and Deborah Harrington, dated July 30, 2004 and August 2, 2004, discussing Ms. Asta's and Mr. Blanchard's recommended changes to the draft language of the July 30, 2004, draft, all of which are included in Bates Nos. CC3623-CC3625. The Service asserts executive privilege for the same portion for the same reason asserted for that duplicate document.

**Bates No. CC4731-CC4732** – Handwritten notes by Horace Howells, dated November 15, 2003, reflecting the author's reactions to a public commentator's comments expressed at a public hearing on the regulations, as they informed the regulations then under development. The Service asserts executive privilege for the entire document as it contains Mr. Howell's distillation of the commentator's remarks as well as his own analysis of the issues addressed by those remarks, as they informed the development of the regulations, which had not yet been issued.

**Bates No. CC4868 –** An exchange of two emails among, Laura Nash, Dianna Miosi, and Dale Goode, dated September 3, 2004, discussing Mr. Goode's recommended editorial and formatting changes to the draft regulations. The email from Ms. Nash is included in Bates Nos. CC3539-CC3540. The Service

asserts executive privilege for the same portion for the same reason asserted for that duplicate document.

**Bates Nos. CC4869-CC4955 –** Draft of final and temporary § 1.752-7 regulations, drafted by Laura Fields, all of which is contained in Bates Nos. CC3772-CC3860, with handwritten annotations throughout by an unspecified reviewer, with redlined tracked changes throughout. The Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the handwritten annotations as they reflect the reviewer's recommendations concerning the language of the draft regulations, which had not yet been issued.

**Bates Nos. CC4956-CC5008 –** Draft of final and temporary § 1.752-7 regulations, drafted by Laura Fields, all of which is contained in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5009-CC5096 –** Draft of final and temporary § 1.752-7 regulations, drafted by Laura Fields, all of which is contained in Bates Nos. CC3772-CC3860, including redlined tracked changes and handwritten annotations made by Donna Marie Young on Bates Nos. CC5017, CC5018, CC5023, CC5025, CC5029, CC5041, CC5044, CC5050, CC5071, and CC5093. The Service asserts executive privilege for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the handwritten comments and redlined tracked changes as they reflect Ms. Young's recommendations for suggested language for the draft regulations, which had not yet been issued.

**Bates Nos. CC5098-CC5184 –** Redlined draft of the final and temporary § 752-7 regulations, drafted by Laura Fields, with Deborah Harrington's recommended changes, including redlined tracked changes throughout. The entire document is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the annotations as they reflect Ms. Harrington's views and suggested language for the draft regulations, which had not yet been issued.

**Bates Nos. CC5185-CC5271 –** Draft of the final and temporary § 1.752-7 regulations, drafted by Laura Fields, with Monte Jackel's redlined tracked changes, and handwritten comments from "Heather [Maloy] and group." The entire document is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the portion of the document which contains Mr. Jackel's, Ms. Maloy's and the others' annotations, as they reflect these reviewers' recommendations regarding the draft language of the regulations, which had not yet been issued.

**Bates Nos. CC5273-CC5360** – Redlined draft of the final and temporary § 1.752-7 regulations, drafted by Laura Fields, with handwritten annotations by Ms. Fields on Bates Nos. CC5282, CC5289, CC5292, CC5295, CC5306, CC5307, CC5311, and CC5357 of an unspecified reviewer and redlined tracked changes throughout. The document is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the handwritten annotations and redlined tracked changes as they contain the reviewer's suggested editorial revisions to the draft regulations, which had not yet been issued.

**Bates No. CC5373** – An exchange of two emails among Nicholas DeNovio, Donna Marie Young, Tamara Ashford, Stephanie Robinson, Heather Maloy, William O'Shea, Monte Jackel, Laura Nash, and Dianna Miosi, dated December 13, 2003, discussing the authors' recommended changes to draft language of the regulations, which had yet to be issued, all of which is included in Bates No. CC3338. The Service asserts executive privilege for the same portions for the same reason asserted for that duplicate document. The Service also asserts executive privilege for Ms. Nash's handwritten comments that reflect her suggested language for the draft regulations, which had not yet been issued.

**Bates No. CC5374** – An exchange of five emails among William Blanchard, Laura Nash, Rebecca Asta, Dianna Miosi, and Douglas Bates, dated November 30, 2004, and December 6 and 9, 2004, discussing the status of the regulations as well as suggested draft language for a particular example in the draft regulations. In addition, the document contains handwritten comments, apparently written by Ms. Nash, regarding her response to the email from Mr. Blanchard relating to the particular example. This document is included in Bates Nos. CC3349-CC3350, and the Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for Ms. Nash's handwritten comments as they reflect her opinions and analysis regarding suggested draft language for an example in the draft regulations, which had not yet been issued.

**Bates Nos. CC5375-CC5378** – Redlined draft of the temporary and final § 1.752-7 regulations, with redlined tracked changes throughout. The document is an excerpt of the draft regulations, to which Mr. Blanchard's comments in Bates Nos. CC5375-CC5378 are directed. The entire document is included in Bates Nos. CC3772-CC3860. Bates Nos. CC5377 and CC5378 are duplicates of each other. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5379-CC5380** – An exchange of nine emails among Monte Jackel, Laura Nash, Dianna Miosi, William Blanchard, Rebecca Asta, and Donna Marie Young, dated November 30, 2004, and December 6, 9, and 10, 2004, discussing the status of the draft regulations as well as containing draft language for an example in the regulations, which had not yet been issued. All the emails are included in Bates Nos. CC3356-CC3357, and the Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5381-CC5382** – An exchange of nine emails among Monte Jackel, Laura Nash, Dianna Miosi, William Blanchard, Rebecca Asta, and Donna Marie Young, dated November 30, 2004, and December 6, 9, and 10, 2004, discussing the status of the draft regulations as well as containing draft language for an example in the regulations, which had yet been issued. All the emails are included in Bates Nos. CC3356-CC3357, and the Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5383-CC5384** – A Conference Report memorandum prepared by Michael Goldman and Laura Nash for Monte Jackel's signature on December 8, 2004, memorializing a meeting on December 8, 2004, regarding the potential § 1.752-7 interaction with another proposed regulations project, with a handwritten note at the bottom of Bates No. 5381 by Laura Nash The Service asserts executive privilege for the entire document as it memorializes matters discussed between PSI and Corporate attorneys, and their respective views, with respect to the intended direction of, and certain draft language in, the respective regulations projects, neither of which had yet been issued.

**Bates Nos. CC5385-CC5386** – Handwritten notes taken by Laura Nash during a meeting attended by PSI attorneys and Stephanie Robinson, dated December 20, 2004, which summarizes revisions to be made to the draft regulations. The Service asserts executive privilege for the entire document as it contains the attendees' recommended revisions to draft language of the regulations, as well as Ms. Nash's distillation of the issues arising under the draft regulations that warranted further consideration.

**Bates Nos. CC5387-CC5390** – Handwritten notes taken by Laura Nash during the continuation of a meeting attended by PSI attorneys and Stephanie Robinson, dated December 21, 2004, which summarizes revisions to be made to the draft regulations. The Service asserts executive privilege for the entire document as it contains the attendees' recommended revisions to draft language of the regulations, as well as Ms. Nash's distillation of the issues arising under the draft regulations that warranted further consideration.

**Bates Nos. CC5391-CC5481** – Draft of the final and temporary § 1.752-7 regulations, with handwritten annotations made by Laura Fields throughout. The document is an excerpt of the draft regulations, all of which is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same

reason asserted for that duplicate document. The Service also asserts executive privilege for Ms. Fields' handwritten annotations as they contain her recommendations regarding draft language for the regulations, which had not yet been issued.

**Bates Nos. CC5482-CC5573** – Signature Package for temporary and final regulations under §§ 358(h), 704, 737, and 752. The document is included in Bates Nos. CC3772-CC3860, except the Signature Package Routing Slip and Clearance Sheet. Bates No. CC5482 reflects clearance through the Chief Counsel and Commissioner's offices, but not the Assistant Secretary (Tax Policy). The Service asserts executive privilege for the same reason asserted for that duplicate document. In addition, the Service asserts executive privilege for the Signature Package Routing Slip and Clearance Sheet as it describes the draft regulations, which had not yet been issued.

**Bates Nos. CC5574-CC5579** – Draft of the NPRM by cross-reference to temporary regulations under § 358(h), drafted by Douglas Bates, all of which is contained in Bates Nos. CC3767-CC3771. Bates No. CC5579 is blank. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5580-CC5669** – Draft of the final and temporary § 1.752-7 regulations, drafted by Laura Fields, all of which is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates No. CC5670** – An exchange of four emails among Donna Marie Young, Dianna Miosi, Laura Nash, Monte Jackel, Matthew Lay, William O'Shea, and Heather Maloy, dated December 10 and 13, 2004, discussing revisions to language of the preamble of the draft regulations. Ms. Young's email on December 10, 2004, at 3:01pm is included in Bates No. CC3347. The Service asserts executive privilege for the same portion for the same reason asserted for the duplicate document. The Service also asserts executive privilege for the portion of the document which contains of Mr. Jackel's email on December 13, 2004, at 2:48pm as it consists of his suggested draft language for the regulations, which had not yet been issued.

**Bates Nos. CC5671-CC5672** – Draft of two pages of the preamble of the draft regulations, with redlined tracked changes throughout, to which Bates No. CC5670 refers. The Service asserts executive privilege for the entire document as it consists of the unspecified author's suggested draft language for regulations, which had not yet been issued.

**Bates Nos. CC5674-CC5762** – Draft of final and temporary § 1.752-7 regulations, drafted by Laura Fields, with handwritten annotations by an unspecified reviewer on Bates Nos. CC5681, CC5682, CC5688, CC5689,

CC5691, CC5693, CC5699, and CC5722, all of which is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document. The Service also asserts executive privilege for the handwritten comments as they reflect the reviewer's recommendations regarding draft language for the regulations, which had not yet been issued.

**Bates Nos. CC5763-CC5764** – Draft of two pages of the preamble of the draft regulations, with redlined tracked changes throughout, all of which is included in Bates Nos. CC5671-CC5672. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates No. CC5765** – An exchange of two emails among Monte Jackel, Jeanne Sullivan, Senior Technician Reviewer, Branch 3, PSI, and Michael Goldman, dated December 7, 2004, discussing implications of certain corporate liquidations on the draft regulations. The Service asserts executive privilege for a portion of Mr. Jackel's email on December 7, 2004, at 4:47pm and a portion of Ms. Sullivan's email on December 7, 2004, at 4:45pm, as they contain the respective authors' views on, and analyses of, the impact of certain corporate liquidations on the draft regulations, and how this effect informs the development of the regulations, which had not yet been issued.

**Bates Nos. CC5766-CC5769** – An exchange of three emails among Monte Jackel, Jeanne Sullivan, Heather Maloy, Donna Marie Young, Dianna Miosi, Laura Nash, Matthew Lay, William O'Shea, Victor Penico, Senior Counsel to the Associate Chief Counsel (Corporate), William Alexander, Eric Solomon, Derek Cain, Jean Brenner, attorney, Branch 3, Corporate, Audrey Nacamuli, Lisa Fuller, Senior Counsel to the Associate Chief Counsel (Corporate), Virginia Voorhees, Senior Technician Reviewer, Branch 6, Corporate, Sean McKeever, attorney, Branch 1, Corporate, and Michael Goldman, dated December 2, 2004, discussing implications of certain corporate liquidations on the draft regulations. The Service asserts executive privilege for a portion of the subject line of Mr. Jackel's email on December 2, 2004, at 5:54pm, the subject line and a portion of the text in Mr. Penico's email on December 2, 2004, at 2:33pm, and the subject line and portion of the text in Mr. Jackel's email on December 2, 2004, at 11:19am. These portions contain the respective authors' views on, and analysis of, the effect of certain corporate liquidations on the draft regulations, and how this effect informs the development of the regulations, which had not yet been issued.

**Bates Nos. CC5770-CC5811** – Draft of the NPRM and notice of public hearing for regulations under sections 332, 351, and 368, dated November 24, 2004, and drafted by Jean Brenner. The Service asserts executive privilege for the entire document as it contains suggested draft language for regulations, which had not yet been issued.

**Bates Nos. CC5812- CC5813 –** Handwritten notes, dated December 8, 2004, taken by Laura Nash reflecting her views regarding the possible implication of certain corporate liquidations on the draft regulations, and containing a summary of comments and analyses by Mr. Jackel in a meeting on the above. The Service asserts executive privilege for the entire document as it contains Ms. Nash's and Mr. Jackel's views regarding the effect of certain corporate liquidations on certain types of liabilities, which informed the regulations then under development.

**Bates Nos. CC5814-CC5817 –** An exchange of three emails among Monte Jackel, Jeanne Sullivan, Heather Maloy, Donna Marie Young, Dianna Miosi, Laura Nash, Matthew Lay, William O'Shea, Victor Penico, William Alexander, Eric Solomon, Derek Cain, Jean Brenner, Audrey Nacamuli, Lisa Fuller, Virginia Voorhees, Sean McKeever, and Michael Goldman, dated December 2, 2004, discussing implications on the draft regulations of certain corporate liquidations, all of which are contained in Bates Nos. CC5766-CC5769. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates No. CC5818 –** An email from Monte Jackel to Jeanne Sullivan, Laura Nash, Donna Marie Young, Dianna Miosi, Victor Penico, Virginia Voorhees, and Michael Goldman, dated December 2, 2004, discussing implications on the draft regulations of certain corporate liquidations, all of which is contained in Bates Nos. CC5767-CC5769. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5819-CC5824 –** Draft of the NPRM by cross-reference to the temporary regulations under section 358(h), drafted by Douglas Bates, all of which is contained in Bates Nos. CC3767-CC3771. Bates No. CC5824 is blank. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5825-CC5913 –** Draft of the final and temporary § 1.752-7 regulations, drafted by Laura Fields, all of which is included in Bates Nos. CC3772-CC3860. The Service asserts executive privilege for the same reason asserted for that duplicate document.

**Bates Nos. CC5914-CC5915 –** An exchange of four emails among Dianne Adelberg, Partnership Technical Advisor, LMSB, Donna Marie Young, Horace Howells, David Haglund, and Rodney Oakes, Partnership Technical Advisor, LMSB, Christine Ellison, discussing a specific contingent liability transaction involving a third party taxpayer who was under examination. The Service asserts executive privilege for the entire document as it contains the respective authors' views on, and analyses of, a specific contingent liability transaction involving a third party taxpayer and its treatment under the regulations. The Service also asserts I.R.C. § 6103 to protect the portions of this document that constitute a third party taxpayer's return information. The portions of these emails address