**IN THE UNITED STATES
COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARRIOTT INTERNATIONAL RESORTS, L.P., MARRIOTT INTERNATIONAL JBS CORPORATION, Tax Matters Partner,** | ) | |
| **Plaintiffs,** | ) | **Nos. 01-256T and 01-257T** |
| **v.** | ) | **Judge Charles F. Lettow** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
RESPONSE TO DEFENDANT'S SUPPLEMENTAL BRIEF**

Plaintiffs Marriott International Resorts, L.P., Marriott International JBS Corp., Tax Matters Partner ("Marriott"), respectfully submit this motion for leave to file a response to Defendant's September 29, 2006, Supplemental Brief In Opposition To Plaintiff's Motion To Compel Production Of Documents Withheld Or Redacted Based On Deliberative Process ("Supplemental Brief"). As set forth below, the sole purpose of the response for which leave is sought is to provide Marriott's position with respect to the unpublished order in Jade Trading appended to Defendant's Supplemental Brief. This motion for leave to file a response is not opposed by Defendant.

As grounds for this motion, Marriott respectfully states as follows:

1. In its Supplemental Brief, Defendant cites, and attaches in an Appendix, an unpublished order by Judge Williams from Jade Trading, LLC v.

United States, No. 03-2164T (Fed. Cl. Aug. 15, 2005). Marriott's counsel was previously unaware of such unpublished order by Judge Williams.

2. Upon review of the above-referenced unpublished order by Judge Willliams, Marriott believes the order is distinguishable on the ground that, with the exception of a single document, it deals with different documents from those before this Court, and wishes to file a response to note that fact.

3. Explaining Marriott's position with respect to the Jade Trading order is the sole purpose of the response for which leave is sought. Marriott does not ask permission for leave to assert any additional legal arguments or cite any additional case law.

4. Accordingly, Marriott respectfully requests permission to file a short response relating to facts pertinent to Judge Williams' unpublished order.

5. A copy of the response Marriott requests permission to file is appended hereto as Exhibit A.

6. A proposed Order granting Marriott's motion for leave to file a response to Defendant's Supplemental Brief is appended hereto as Exhibit B.

7. Defendant's counsel has indicated to Marriott's counsel that Defendant does not oppose this motion for leave to file a response.

WHEREFORE, Marriott respectfully requests that this motion be granted, and that leave be allowed for Plaintiffs' Response To Defendant' Supplemental Brief, appended hereto as Exhibit A, to be filed in this action.

Respectfully submitted,

October 6, 2006

s/Robert L. Willmore
Harold J. Heltzer (Attorney of Record)
Robert L. Willmore
Alex E. Sadler
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2915
Fax: (202) 628-5116

Counsel for Plaintiffs