**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **MARRIOTT INTERNATIONAL RESORTS, L.P., MARRIOTT INTERNATIONAL JBS CORPORATION,** **Tax Matters Partner,** | ) |
| **Plaintiffs,** | ) **Nos. 01-256T and 01-257T** |
| **v.** | ) |
| **THE UNITED STATES,** | ) |
| **Defendant.** | ) |

**ORDER**

Plaintiffs have submitted a Motion For Leave To File Response To Defendant's Supplemental Brief. Plaintiffs' counsel has represented that Defendant does not oppose such Motion. Having reviewed such Motion, the Court GRANTS Plaintiffs' Motion, and ORDERS that said Response shall be filed as of the date of this Order.

SO ORDERED.

**CHARLES F. LETTOW**
**Judge**