IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 01-256T & 01-257T (consolidated)

(Filed: October 10, 2006)

MARRIOTT INTERNATIONAL RESORTS, L.P., *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant,

ORDER

Pending before the court is the plaintiffs' motion, filed October 6, 2006, for leave to file a response to the government's supplemental brief, filed September 29, 2006, in opposition to the plaintiffs' motion to compel production of documents withheld or redacted based on deliberative process. The plaintiffs represent their motion for leave to file a response is unopposed by the government. The plaintiffs seek to address in their response an unpublished order by another judge of this court upon which the government relied in its brief.

For good cause shown, the court GRANTS the plaintiffs' motion for leave to file a response. The clerk shall file the plaintiffs' response as of this date.

It is so ORDERED.

s/ Charles F. Lettow
Judge