IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 01-256T & 01-257T (consolidated)

(Filed: December 1, 2006)

| | |
|---|---|
| MARRIOTT INTERNATIONAL RESORTS, L.P., *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court on remand from the Federal Circuit, see *Marriott Int'l Resorts, L.P. v. United States*, 437 F.3d 1302 (Fed. Cir. 2006), is plaintiffs' motion to compel the government to produce documents withheld or redacted on grounds of the deliberative-process prong of executive privilege. After the mandate for the remand was received, the parties filed supplemental briefs and other materials that illuminate the further proceedings that should take place. As the Federal Circuit observed, "a showing of compelling need can overcome the qualified deliberative process privilege," *id.* at 1307 (citing *In re Sealed Case*, 121 F.3d 729, 737 (D.C. Cir. 1997), and "a trial court may conduct in-camera review of documents under this qualified branch of the executive privilege doctrine." *Id.*

Accordingly, defendant shall tender for *in camera* inspection the unredacted and withheld documents requested in plaintiffs' motion. Because the documentary materials involved reportedly are voluminous, totalling over 4,000 pages, the court will allow two weeks for assembly and filing of the documents. Thus, the documents shall be supplied to the Clerk (for forwarding to the court) on or before December 15, 2006.

It is so ORDERED.

s/ Charles F. Lettow
Judge