**IN THE UNITED STATES**
**COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MARRIOTT INTERNATIONAL RESORTS, L.P., MARRIOTT INTERNATIONAL JBS CORPORATION, Tax Matters Partner,** | ) | |
| **Plaintiffs,** | ) | **Nos. 01-256T and 01-257T** |
| | ) | **Judge Charles F. Lettow** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF RECENT DECISION**

Plaintiffs hereby notify the Court of a recent decision which is relevant to the proceedings in this action. The decision (a copy attached hereto) in Cemco Investors, LLC v. United States, 04-C-8211 (N.D. Ill., March 27, 2007), addresses the issue of whether a contingent obligation is a "liability" within the meaning of section 752 of the Internal Revenue Code. Id. at 6-7.

Respectfully submitted,

April 2, 2007

s/Robert L. Willmore

Harold J. Heltzer (Attorney of Record)
Robert L. Willmore
Alex E. Sadler
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2915
Fax: (202) 628-5116

Counsel for Plaintiffs