**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Nos. 01-256 T and 01-257 T**
**(Judge Charles F. Lettow)**

**MARRIOTT INTERNATIONAL RESORTS, L.P., et. al.,**

**Plaintiffs**

**v.**

**THE UNITED STATES,**

**Defendant**

JOINT STATUS REPORT

Pursuant to the Court's Order of November 2, 2007, the parties file this joint status report proposing a plan for further proceedings in this case.

The parties have completed fact and expert discovery in this case, and this action thus is ready to be tried. Defendant, however, believes that it would be appropriate at this juncture to file a motion for summary judgment with respect to the legal issue of whether the obligation of Marriott International Resorts, L.P., to close a short sale was a "liability" within the meaning of § 752 of the Internal Revenue Code of 1986. Since this issue, if it were to be decided in Defendant's favor, would be dispositive of Plaintiffs' claims, Defendant requests that the Court consider and resolve Defendant's contemplated motion for summary judgment prior to setting this case for trial.

While Plaintiffs do not believe that Defendant is entitled to summary judgment regarding the aforementioned § 752 "liability" issue, Plaintiffs do not oppose Defendant's proposal to have the Court consider and resolve Defendant's contemplated summary judgment motion prior to setting this case for trial.

Accordingly, the parties propose the following schedule for submitting and briefing Defendant's contemplated motion for summary judgment regarding the § 752 "liability" issue:

1. Defendant would file its motion for summary judgment on or before February 1, 2008.

2. Plaintiffs would file their opposition (including any cross-motion for summary judgment) to Defendant's motion for summary judgment on or before March 28, 2008.

3. Defendant would file its reply brief to Plaintiffs' opposition (and its opposition to any cross-motion for summary judgment) on or before April 18, 2008.

4. To the extent Plaintiffs cross-move for summary judgment, Plaintiffs would file their reply brief to Defendant's opposition on May 9, 2008.

The parties respectfully request that the Court hold a status conference in the event the Court does not accept the parties' proposed schedule.

Respectfully submitted,

November 16, 2007

*s/Harold J. Heltzer*
HAROLD J. HELTZER
Robert L. Willmore
Alex E. Sadler
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Tel: (202) 624-2500
Fax: (202) 628-5116

Attorneys for Plaintiffs

November 16, 2007

*s/G. Robson Stewart*

G. ROBSON STEWART
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-6493
Fax: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

November 16, 2007

*s/Steven I. Frahm*
Of Counsel

Attorneys for Defendant

4632497