IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 01-256T & 01-257T (consolidated)

(Filed: November 19, 2007)

MARRIOTT INTERNATIONAL RESORTS, L.P., *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Status Report, filed November 16, 2007, proposing a plan for further proceedings in this case.

The court hereby acknowledges the Report, and adopts the following schedule, submitted by the parties, for summary judgment proceedings:

1. Defendant's motion for summary judgment shall be due on February 1, 2008.

2. Plaintiffs' opposition to defendant's motion for summary judgment, including any cross-motion for summary judgment, shall be due on March 28, 2008.

3. Defendant's reply brief to plaintiffs' opposition, and defendant's opposition to any cross-motion for summary judgment, shall be due on April 18, 2008.

4. If plaintiffs file a cross-motion for summary judgment, their reply brief to defedant's opposition shall be due on May 9, 2008.

5. A hearing on the motion and any cross-motion shall be held on May 19, 2008, commencing at 10:00 a.m. at the National Courts Building.

It is so ORDERED.

s/ Charles F. Lettow
Judge