# Defendant's Exhibit 8

# AGREEMENT OF LIMITED PARTNERSHIP
# OF
# MARRIOTT INTERNATIONAL RESORTS, L.P.

The undersigned General Partner and Limited Partner hereby form a limited partnership pursuant to and in accordance with the Delaware Revised Uniform Limited Partnership Act (6 Del. C. §17-101, et seq.), and hereby agree as follows:

1. Name. The name of the limited partnership (the "Partnership") is Marriott International Resorts, L.P.

2. Purpose. The Partnership is organized for the purpose of carrying out any lawful business which this partnership may deem proper or appropriate.

3. Registered Office. The registered office of the Partnership in the State of Delaware is c/o The Prentice-Hall Corporation Systems, Inc., 32 Loockerman Square, Suite L-100, Dover, County of Kent, Delaware 19901.

4. Registered Agent. The name and address of the agent for service of process on the Partnership in the State of Delaware is The Prentice-Hall Corporation System, Inc., 32 Loockerman Square, Suite L-100, Dover, County of Kent, Delaware 19901.

5. Partners. The names and business, residence or mailing addresses of the General Partner and the Limited Partner are as follows:

General Partner

Marriott International JBS Corporation
10400 Fernwood Road
Bethesda, Maryland 20817

Limited Partner

Marriott Ownership Resorts, Inc.
10400 Fernwood Road
Bethesda, Maryland 20817

6. Percentage Interest. The percentage interest ("Percentage Interest") of the General Partner and the Limited Partner is 1% and 99%, respectively.

7. Powers. The powers of the General Partner include all powers, statutory and otherwise, possessed by general partners under the laws of the State of Delaware.

8. Term. The term of the Partnership shall continue in full force and effect from the date of the filing of the original Certificate of Limited Partnership until December 31, 2094 or at such earlier time if (a) the partners of the Partnership (the "Partners") unanimously so

determine, (b) the Partnership sells or otherwise disposes of its interest in all or substantially all of its property, (c) an event of dissolution has occurred under the Delaware Revised Uniform Limited Partnership Act or (d) upon the removal, withdrawal or dissolution of any General Partner unless continued by any other General Partner.

9. Capital Contribution by General Partner. The General Partner shall make a Capital Contribution in the amount of $1 million in cash.

10. Capital Contribution by Limited Partner. The Limited Partner shall make herewith, effective as of the Effective Date, a Capital Contribution as follows:

(i) all its right, title, and interest in certain mortgage loans dated on or before March 31, 1994, as determined by MORI which comprise all of the mortgage loans secured by first mortgage liens or deeds of trust on timeshare estates which are part of certain timeshare resorts; and

(ii) all its right, title, and interest to the proceeds of the short sale by MORI of certain Treasury obligations through its agent, CS First Boston on April 25, 1994, as well as all its right, title, and interest in any investment of such proceeds and the earnings thereon. In connection therewith, the Partnership shall also assume the obligations of MORI arising in connection with the aforesaid short sale of Treasury obligations. All of the rights and obligations of MORI being herein described and transferred to the Partnership are those arising in connection with the transactions described in the "Treasury Short Sale and Investment Agreement" between MORI and CS First Boston, effective April 25, 1994.

11. Capital Accounts. The Capital Contributions of the Partners shall be credited to their respective capital accounts, which shall be established and maintained in accordance with rules contained in Treasury Regulation sections 1.704-1 and 1.704-3 as in effect on the date hereof.

12. Additional Contributions. No Partner is required to make any additional capital contribution to the Partnership other than MORI which shall be required to contribute from time to time hereafter additional mortgage notes receivable and obligations receivable it obtains from purchasers of MORI's timeshare units subsequent to March 31, 1994, and prior to September 30, 1994. It is further agreed that MORI shall, in connection with the contribution of such additional receivables, also contribute the rights and obligations it derives from other transactions similar to those described in the aforementioned "Treasury Short Sale and Investment Agreement," to the extent that such transactions are entered into for the purpose of hedging the potential adverse effect on the value of the receivables from shifts in interest rates.

13. Allocations of Profit and Losses. Subject to the provisions of Section 11 hereof, the Partnership's profits and losses shall be allocated in proportion to the Percentage Interests of the Partners. Any deduction for actual or imputed interest in respect of any amounts borrowed to acquire investments permitted hereunder shall be allocated solely to the General Partner.

14. Distributions. At the time determined by the General Partner, but at least once during each fiscal year, the General Partner shall cause the Partnership to distribute any cash held by it which is not reasonably necessary for the operation of the Partnership, such cash being distributed to the Partners in proportion to their Percentage Interests.

15. Assignments. The Limited Partner may assign all or any part of its partnership interest with the consent of the General Partner and withdraw from the Partnership.

16. Effective Date. The Effective Date is May 6, 1994.

IN WITNESS WHEREOF, the undersigned have duly executed this Agreement of Limited Partnership on May 10, 1994, effective as of the Effective Date.

GENERAL PARTNER
Marriott International JBS Corporation

By:____________________
M. Lester Pulse
Vice President

Limited Partner:
Marriott Ownership Resorts, Inc.

By:____________________
Michael E. Dearing
Vice President

# Defendant's Exhibit 9

# CS FIRST BOSTON

**Park Avenue Plaza**
**New York, New York 10055**
**Telephone: (212) 909-2000**
**Telecopy: (212) 318-1225**

To: Mr. Michael Dearing

Company: Marriott

Fax #: 301-380-5067

From: **Timothy Q. Lu, (212) 909-3324**

Date: 9/29/94

No. of Pages *(including cover sheet)*: 2

Remarks:

If there are any problems receiving this transmission, please call (212) 909-3324 or (212) 909-4218.

**CS FIRST BOSTON**

CS First Boston Corporation

55 East 52nd Street
New York, NY 10055-[illegible]
Telephone 212 909 2000

September 29, 1994
Mr. Michael Dearing
Vice President, Corporate Finance
Marriott Ownership resorts, Inc.
Marriott Drive
Dept. 924.11
Washington, D.C. 20058

via fax: (301) 380-5067

Dear Michael:

This is a summary of Marriott's repurchase of the 5.125% due 4/30/1998 US reference Treasury this morning.

| | |
|---|---|
| Reference Treasury: | US Treasury 5 1/8% due April 30, 1998 |
| Notional Amount: | $65 MM |
| Trade Date: | September 29, 1994 |
| Settlement Date: | September 30, 1994 |
| Price: | 94 6.5/32% |
| Yield: | 6.979% |

Due to the unwinding of the Rate Lock transaction with CS First Boston, Marriott is responsible for the payment of $50,000 bid/ask spread. Therefore, Marriott's final purchase price of 94.280048% (or 6.953% in yield) reflects this payment.

If there are any questions regarding this transaction, please don't hesitate to call us at (212) 909-4015 and (212) 909-3324.

Sincerely,

Paul S. Galnt

Timothy Q. Lu

# Defendant's Exhibit 10

OCT 12 '94 11:57AM P.1

# CS FIRST BOSTON

**Park Avenue Plaza**
**New York, New York 10055**
**Telephone: (212) 909-2000**
**Telecopy: (212) 318-1225 or1294**

To: Mr. Michael Dearing

Company: Marriott Ownership Resorts, Inc.

Fax #: 301-380-5067

From: **Timothy Q. Lu, - (212) 909-3324**

Date: 10/12/94

No. of Pages *(including cover sheet)*: 5

Remarks:

Unwinding Confirmation
P&L Estimate

If there are any problems receiving this transmission, please call (212) 909-3324 or (212) 909-4218. Thank you.

OCT 12 '94 11:57AM P.2

**CS FIRST BOSTON**

CS First Boston Corporation

55 East 52nd Street
New York, NY 10055-0186
Telephone 212 909 2000

October 12, 1994
Mr. Michael Dearing
Vice President, Corporate Finance
Marriott Ownership resorts, Inc.
Marriott Drive
Dept. 924.11
Washington, D.C. 20058

via fax: (301) 380-5067

Dear Michael:

This is a summary of Marriott's repurchase of the 4.75% due 8/31/1998 US reference Treasury this morning.

| | |
|---|---|
| Reference Treasury: | US Treasury 4.75% due August 31, 1998 |
| Notional Amount: | $10 MM |
| Trade Date: | October 12, 1994 |
| Regular Settlement Date: | October 13, 1994 |
| Settlement Date: | October 17, 1994 |
| Price: | 92 6/32% |
| Yield: | 7.085% |
| Term Repo from 10/13 to 10/17 (bid): | 4.5% |

If there are any questions regarding this transaction, please don't hesitate to call us at (212) 909-4015 and (212) 909-3324.

Sincerely,

Paul S. Galant

Timothy Q. Lu

CS First Boston
TFI Financial Engineering

October 12, 1994

**P&L Estimate**
**of**
**Marriott Treasury Short Position**

Marriott sold $10 MM of the 4.75% due 8/31/98 Treasury note on August 15, 1994. The bonds were borrowed from CS First Boston's Repo desk at the following Repo rates:

| Period | Repo rate |
|---|---|
| from 8/16 to 9/16 | 4.125% |
| from 9/16 to 10/17 | 4.125% |

On October 12, 1994, Marriott covered the $10 MM short position in the 4.75% due 8/31/1998 Treasury note at a price of 92.1875%. The bid side repo rate from 10/13/94 to 10/17/94 is 4.5%.

<u>Period 1</u> (8/16/94 - 9/16/94)

| | |
|---|---|
| Short sell price: | 92.453125% |
| Last coupon date: | February 28, 1994 |
| Next coupon date: | August 31, 1994 |
| Regular settlement date of sell: | August 16, 1994 |
| Date at the end of 1st period: | September 16, 1994 |
| # of days from regular settlement date to next coupon date: | 15 days |
| # of days from next coupon date to 9/16/94: | 16 days |
| # of days between last and next coupon dates: | 184 days |
| # of days between next two coupon dates: | 181 days |
| # of days from last coupon date to regular settlement date: | 169 days |
| Accrued Interest: | =0.5*4.75% * 169/184<br>=2.181386%<br>$218,139 |
| Invoice Price: | =92.453125% + 2.181386%<br>=94.634511%<br>$9,463,451 |
| Coupon Interest Expenses: | =0.5*4.75%*(15/184 + 16/181)<br>=0.403559%<br>$40,356 |
| Interest Gain on Repo Rate: | =94.634511% *4.125% * (15+16)/360<br>- 0.5*4.75%*4.125%*16/360<br>=0.331796%<br>$33,180 |
| Net Loss without Price Movement: | =$40,356 - $33,180 = $7,176 |
| Forward Price on 9/16/94: | =92.453125%-0.403559%+0.331796%<br>=92.381362 |

41000074.ctc

MAR - 008625

| | |
|---|---|
| <u>Period 2</u> (9/16/94 - 10/17/94) | |
| Short sell price: | 92.381362 |
| Last coupon date: | August 31, 1994 |
| Next coupon date: | February 28, 1995 |
| Regular settlement date of sell: | September 16, 1994 |
| Date at the end of 2st period: | October 17, 1994 |
| # of days from regular settlement date to 10/17: | 31 days |
| # of days between last and next coupon dates: | 181 days |
| # of days from last coupon date to regular settlement date: | 16 days |
| Accrued Interest: | =0.5*4.75% * 16/181<br>=0.209945%<br>$20,994 |
| Invoice Price: | =92.381362% + 0.209945%<br>=92.591307%<br>$9,259,131 |
| Coupon Interest Expenses: | =0.5*4.75%*(31/181)<br>=0.406768%<br>$40,677 |
| Interest Gain on Repo Rate: | =92.591307% *4.125% * 31/360<br>=0.328892%<br>$32,889 |
| Net Loss without Price Movement: | =$40,677 - $32,889<br>=$7,788 |
| Forward Price on 10/17/94: | =92.381362%-0.406768%+0.328892%<br>=92.303486 |

| | |
|---|---|
| <u>Period 3</u> (10/13/94 - 10/17/94) | |
| Repurchase price: | 92.1875% |
| Last coupon date: | August 31, 1994 |
| Next coupon date: | February 28, 1995 |
| Regular settlement date of repurchase: | October 13, 1994 |
| Date at the end of 2st period: | October 17, 1994 |
| # of days from regular settlement date to 10/17: | 4 days |
| # of days between last and next coupon dates: | 181 days |
| # of days from last coupon date to regular settlement date: | 43 days |
| Accrued Interest: | =0.5*4.75% * 43/181<br>=0.5642265%<br>$56,423 |

41080074.ctc

MAR - 008626

| | |
|---|---|
| Invoice Price: | =92.1875% + 0.5642265%<br>=92.751727%<br>$9,275,173 |
| Coupon Interest Gain: | =0.5*4.75%*(4/181)<br>=0.052486%<br>$5,249 |
| Interest Expenses on Repo Rate: | =92.751727% *4.5% * 4/360<br>=0.046376%<br>$4,638 |
| Net Gain of Positive Carry: | =$5,249 - $4,638<br>=$611 |
| Forward Price on 10/17/94: | =92.1875%-0.052486%+0.046376%<br>=92.18139% |

<u>Net P&L</u>

| | |
|---|---|
| Gain due to Price Movement: | =92.453125%-92.1875%<br>=0.265625%<br>$26,563 |
| Loss due Negative Carry: | =-$7,176-$7,788+$611<br>= 14,353 |
| Net Profit of Transaction: | =$26,563 - 14,353<br>=$12,210 |

The above calculation is a theoretical estimate. The actual payment amount to Marriott may be slightly different from the figure above.

# Defendant's Exhibit 11

Form **1065** U.S. Partnership Return of Income OMB No. 1545-0099 **1994**

Department of the Treasury
Internal Revenue Service

For calendar year 1994, or tax year beginning May 6, 1994, ending Oct. 28, 1994.
▶ See separate instructions.

A Principal business activity: Mortgage Notes
B Principal product or service: Mortgage Notes
C Business code number: 8999

Use the IRS label. Otherwise, please print or type.
Marriott International Resorts, LP
One Marriott Drive; Dept. 924.13
Washington, DC 20058

E Date business started: 5/6/94
F Total assets (see Specific Instr.): 0

G Check applicable boxes: (1) [X] Initial return (2) [X] Final return (3) [ ] Change in address (4) [ ] Amended return
H Check accounting method: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

**Income**

| Line | Description | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | |
| b | Less returns and allowances | 1b | |
| 1c | | 1c | 0 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 0 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 20 | 6 | |
| 7 | Other income (loss) (see instructions) (attach schedule) Statement #1 | 7 | 3,056,201 |
| 8 | **Total income (loss).** Combine lines 3 through 7 | 8 | 3,056,201 |

**Deductions** (see instructions for limitations)

| Line | Description | | Amount |
|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | 9 | |
| 10 | Guaranteed payments to partners | 10 | |
| 11 | Repairs and maintenance | 11 | |
| 12 | Bad debts | 12 | |
| 13 | Rent | 13 | |
| 14 | Taxes and licenses | 14 | |
| 15 | Interest | 15 | |
| 16a | Depreciation (see instructions) | 16a | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | |
| 16c | | 16c | 0 |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | 17 | |
| 18 | Retirement plans, etc. | 18 | |
| 19 | Employee benefit programs | 19 | |
| 20 | Other deductions (attach schedule) | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | 21 | 0 |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | 22 | 3,056,201 |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of general partner or limited liability company member ▶ 10/15/95 Date

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ [ ] | Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ | E.I. No. ▶ | ZIP code ▶



MAR-004715

Form **8800** (Rev. August 1992) Department of the Treasury Internal Revenue Service

# Application for Additional Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1057 Expires 7-31-95

Please type or print. File the original and one copy by the due date for filing the return for which an extension is requested. (See instructions.)

Name: MARRIOTT INTERNATIONAL RESORTS, LP

Employer identification number: 52 : 1881181

Number, street, and room or suite no. (If a P.O. box, see instructions.): ONE MARRIOTT DRIVE; DEPARTMENT 52-924.13

City or town, state, and ZIP code: WASHINGTON, D.C. 20058

1 An additional extension of time until 10-16-, 19 95, is requested to file (check only one): ☐ Form 1041 ☒ Form 1065 ☐ Form 1066

If the entity does not have an office or place of business in the United States, check this box . . . . . . . . ▶ ☐

2a For calendar year 19 ..... , or other tax year beginning May 6, 19 94, and ending Oct. 28, 19 94.

b If this tax year is for less than 12 months, check reason: ☒ Initial return ☒ Final return ☐ Change in accounting period

3 Was a previous extension of time to file granted for this tax year? ☒ Yes ☐ No

4 If yes, previous extension was granted until ........, 19 ........

5 State in detail why you need an extension. ADDITIONAL TIME IS NEEDED IN WHICH TO ACCUMULATE ALL THE INFORMATION NECESSARY FOR THE PREPARATION OF THE RETURN. ACCORDINGLY, THIS PARTNERSHIP RESPECTFULLY REQUESTS AN EXTENSION OF TIME UNTIL IN WHICH TO FILE A COMPLETE AND ACCURATE RETURN.

POSTMARK DATE 07 17 95 RECEIVED DATE 07 20 95 28 PSC PHILA., PA

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶ [signature] Title ▶ ASSISTANT SECRETARY Date ▶ 7/15/95

File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant—To Be Completed by the IRS.**

☑ We HAVE approved this application. Please attach this form to your return.

☐ We HAVE NOT approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of your return (including any prior extension). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to your return.

☐ We HAVE NOT approved your application. After considering the reasons stated in item 5, above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider your application because it was filed after the due date of the return for which an extension was requested.

☑ Other: APPROVED 3-MONTH EXTENSION GRANTED

[signature] Director By: 519 Date

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

Please Type or Print

Name

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

City or town, state, and ZIP code

MAR-004716

For Paperwork Reduction Act Notice, see back of form. Cat. No. 64938X Form 8800 (Rev. 8-92)

10/5/92 Published by Tax Management Inc., a Subsidiary of The Bureau of National Affairs, Inc. 8800.1

## Schedule A Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (see instructions) (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 0 |
| 7 | Inventory at end of year | 7 | |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 0 |

9a Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4

(iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c)

(iv) ☐ Other (specify method used and attach explanation) ▶

b Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) N/A ▶ ☐

c Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? N/A ☐ Yes ☐ No

d Was there any change in determining quantities, cost, or valuations between opening and closing inventory? N/A ☐ Yes ☐ No
If "Yes", attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box ▶ ☐ General partnership ☒ Limited partnership ☐ Limited liability company | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see Designation of Tax Matters Partner below | | X |
| 5 | Does this partnership meet ALL THREE of the following requirements? | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; AND | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, Form 8264, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 1994, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See the instructions for exceptions and filing requirements for form TD F 90-22.1.) If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | Was the partnership the grantor of, or transferor to, a foreign trust that existed during the current tax year, whether or not the partnership or any partner has any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership | X | |

### Designation of Tax Matters Partner (See instructions.)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Marriott International JBS Corp.    Identifying number of TMP ▶ 52-1876318

Address of designated TMP ▶ One Marriott Drive; Dept. 924.13
Washington, DC 20058

MAR-004717

## Schedule K Partners' Shares of Income, Credits, Deductions, Etc.

| | | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 3,056,201 |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities (attach schedule) — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Portfolio income (loss) (see instructions): a Interest income | 4a | 1,157,454 |
| | b | Dividend income | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e | |
| | f | Other portfolio income (loss) (attach schedule) Statement #1 | 4f | 819,532 |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (see instructions) (itemize) Statement #1 | 10 | 222,540 |
| | 11 | Other deductions (attach schedule) | 11 | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | 1,507,483 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 12b(1) | 1,976,986 |
| | | (2) Investment expenses included on line 10 above | 12b(2) | 222,540 |
| Credits | 13a | Credit for income tax withheld | 13a | |
| | b | Low-income housing credit (see instructions): | | |
| | | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 13b(1) | |
| | | (2) Other than on line 13b(1) for property placed in service before 1990 | 13b(2) | |
| | | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 13b(3) | |
| | | (4) Other than on line 13b(3) for property placed in service after 1989 | 13b(4) | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 13c | |
| | d | Credits (other than credits shown on lines 13b & 13c) related to rental real estate activities (see instr.) | 13d | |
| | e | Credits related to other rental activities (see instructions) | 13e | |
| | 14 | Other credits (see instructions) | 14 | |
| Self-Employment | 15a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a | Type of income ▶ ______ b Foreign country or U.S. possession ▶ ______ | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | |
| | d | Total applicable deductions and losses (attach schedule) | 17d | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | |
| | g | Other foreign tax information (attach schedule) | 17g | |
| Other | 18a | Total expenditures to which a section 59(e) election may apply | 18a | |
| | b | Type of expenditures ▶ ______ | | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses | 21 | |
| | 22 | Other items and amounts required to be reported separately to partners (see instr.) (attach sched.) | | |
| Analysis | 23a | Income (loss). Combine lines 1 through 7 in column (b). From the result, subtract the sum of lines 8 thru 12a, 17e, and 18a | 23a | 3,303,164 |

b Analysis by type of partner:

| | (a) Corporate | (b) Individual: i. Active | (b) Individual: ii. Passive | (c) Partnership | (d) Exempt organization | (e) Nominee/Other |
|---|---|---|---|---|---|---|
| (1) General partners | 33,032 | | | | | |
| (2) Limited partners | 3,270,132 | | | | | |

Note: If Question 5 of Schedule B is answered "Yes," the partnership is not required to complete Schedules L, M-1, and M-2.

## Schedule L Balance Sheets

| | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| **Assets** | (a) | (b) | (c) | (d) |
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | 0 | | 0 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | 0 | | 0 |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | 0 | | 0 |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | 0 | | 0 |
| 13 Other assets (attach schedule) | | | | |
| 14 Total assets | | 0 | | 0 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | | | |
| 22 Total liabilities and capital | | 0 | | 0 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return (see instructions)

| | |
|---|---|
| 1 Net income (loss) per books | 3,303,164 |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | 0 |
| 3 Guaranteed payments (other than health insurance) | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 12a, 17e, and 18a (itemize): a Depreciation $ b Travel & entertainment $ | 0 |
| 5 Add lines 1 through 4 | 3,303,164 |

| | |
|---|---|
| 6 Income recorded on books this year not incl. on Sch. K, lines 1 though 7 (itemize): a Tax-exempt interest $ | 0 |
| 7 Deductions included on Sch. K, lines 1 through 12a, 17e, and 18a, not charged against book income this year (itemize): a Depreciation $ | 0 |
| 8 Add lines 6 and 7 | 0 |
| 9 Income (loss) (Schedule K, line 23a). Subtract line 8 from line 5 | 3,303,164 |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | |
|---|---|
| 1 Balance at beginning of year | 0 |
| 2 Capital contributed during year | 159,277,308 |
| 3 Net income (loss) per books | 3,303,164 |
| 4 Other increases (itemize): | 0 |
| 5 Add lines 1 through 4 | 162,580,472 |

| | |
|---|---|
| 6 Distributions: a Cash | |
| b Property | 162,580,472 |
| 7 Other decreases (itemize): | 0 |
| 8 Add lines 6 and 7 | 162,580,472 |
| 9 Balance at end of year. Subtract line 8 from line 5 | 0 |

Case 1:01-cv-00256-CFL Document 87-3 Filed 02/01/2008 Page 20 of 44

**SCHEDULE K-1 (Form 1065)** Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1994 or tax year beginning May 6, 1994, and ending Oct. 28, 19 94

OMB No. 1545-0099 **1994**

Partner's identifying number ▶ 52-1876318

Partnership's identifying number ▶ 52-1881181

Partner's name, address, and ZIP code

Marriott International JBS Corp.
One Marriott Drive; Dept. 924.13
Washington, DC 20058

Partnership's name, address, and ZIP code

Marriott International Resorts, LP
One Marriott Drive; Dept. 924.13
Washington, DC 20058

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ Corporation

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 1% | 0% |
| Loss sharing | 1% | 0% |
| Ownership of capital | 1% | 0% |

E IRS Center where partnership filed return: Phila. PA

F Partner's share of liabilities (see instructions):
Nonrecourse ............
Qualified nonrecourse financing ......
Other ............

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........ [ ]

I Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 1,000,000 | 33,032 | 1,033,032 | 0 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 30,562 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 11,575 | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | 8,195 | Enter on appl. line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on appl. line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | 2,225 | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | 15,075 | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 19,770 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | 2,225 | |
| Credits | 13a | Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | |
| | d | Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) | 13d | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | e | Credits related to other rental activities (see instructions) | 13e | | |
| | 14 | Other credits (see instructions) | 14 | | |

MAR-004720

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18a | Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Type of expenditures ▶ | | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b | Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

MAR-004721

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1994 or tax year beginning May 6, , 1994, and ending Oct. 28, 19 94

OMB No. 1545-0099

**1994**

| Partner's identifying number ▶ 52-1320904 | Partnership's identifying number ▶ 52-1881181 |
|---|---|
| Partner's name, address, and ZIP code<br>Marriott Ownership Resorts, Inc.<br>One Marriott Drive; Dept. 924.13<br>Washington, DC 20058 | Partnership's name, address, and ZIP code<br>Marriott International Resorts, LP<br>One Marriott Drive; Dept. 924.13<br>Washington, DC 20058 |

**A** This partner is a [ ] general partner [X] limited partner [ ] limited liability company member

**B** What type of entity is this partner? ▶ Corporation

**C** Is this partner a [X] domestic or a [ ] foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 99% | 0% |
| Loss sharing | 99% | 0% |
| Ownership of capital | 99% | 0% |

**E** IRS Center where partnership filed return: Phil. PA

**F** Partner's share of liabilities (see instructions):
Nonrecourse . . . . . . . . . . . . . . . . ________
Qualified nonrecourse financing . . . . . . ________
Other . . . . . . . . . . . . . . . . . . . ________

**G** Tax shelter registration number ▶ ________

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . . . . . . [ ]

**I** Check applicable boxes: (1) [X] Final K-1 (2) [ ] Amended K-1

**J** Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 158,277,308 | 3,270,132 | 161,547,440 | 0 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | 3,025,639 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | 1,145,879 | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | 811,337 | Enter on appl. line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on appl. line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | 220,315 | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | 1,492,408 | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | 1,957,216 | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | 220,315 | |
| Credits | 13a | Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | |
| | d | Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) | 13d | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | e | Credits related to other rental activities (see instructions) | 13e | | |
| | 14 | Other credits (see instructions) | 14 | | |

MAR-004722

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18a | Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Type of expenditures ▶ | | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b | Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

MAR-004723

**MARRIOTT INTERNATIONAL RESORTS, LP**
**EIN: 52-1881181**

**For the Tax Year Beginning May 6, 1994 and Ended October 28, 1994**

| **Form 1065 Supporting Schedules** | **Statement # 1** |
|---|---|
| **Line 7 - Page 1 - Other Income** | |
| Interest Income | 3,056,201 |
| Total Other Income | 3,056,201 |
| **Line 4f - Page 3 - Other portfolio income** | |
| Gain from Short Sale of Treasury Notes | 819,532 |
| Total Other portfolio income | 819,532 |
| **Line 10 - Page 3 - Deductions related to portfolio income** | |
| Brokers' Fee | 222,540 |
| Total Deductions related to portfolio income | 222,540 |

MARRIOTT INTERNATIONAL RESORTS, LP
EIN: 52-1881181

Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning May 6, 1994 and ended October 28, 1994

I.R.C. § 195 Statement

Marriott International Resorts, LP hereby elects to amortize start-up expenditures over a period of 60 months beginning May 6, 1994 in accordance with I.R.C. § 195(b) .

MARRIOTT INTERNATIONAL RESORTS, LP
EIN: 52-1881181

Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning May 6, 1994 and ended October 28, 1994

I.R.C. Sec. 709(b)(1) Statement

In accordance with I.R.C. Reg. § 1.709-1(b)(1), Marriott International Resorts, LP hereby elects to amortize its organizational expenditures over a period of 60 months beginning May 6, 1994.

MARRIOTT INTERNATIONAL RESORTS, LP
EIN: 52-1881181

Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning May 6, 1994 and ended October 28, 1994

I.R.C. § 706 Statement

In accordance with I.R.C. Reg. §§1.706-1(b) and 1.441-2T(e), Marriott International Resorts, LP hereby adopts a 52-53 week taxable year ending on the Friday closest to December 31 as its taxable year, the majority tax year.

MARRIOTT INTERNATIONAL RESORTS, LP
EIN: 52-1881181

Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning May 6, 1994 and ended October 28, 1994

I.R.C. § 446 Statement

Marriott International Resorts, LP hereby elects the accrual method of accounting in accordance with I.R.C. §446.

# Defendant's Exhibit 12

Form **1065** U.S. Partnership Return of Income

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0099

**1994**

For calendar year 1994, or tax year beginning Oct. 29, 1994, ending Dec. 30, 1994
▶ See separate instructions.

A Principal business activity: Mortgage Notes
B Principal product or service: Mortgage Notes
C Business code number: 8999

Use the IRS label. Otherwise, please print or type.
Marriott International Resorts, LP
One Marriott Drive; Dept. 924.13
Washington, DC 20058

E Date business started: 10/29/94
F Total assets (see Specific Instr.): 7,453,580

G Check applicable boxes: (1) [X] Initial return (2) [ ] Final return (3) [ ] Change in address (4) [ ] Amended return
H Check accounting method: (1) [ ] Cash (2) [X] Accrual (3) [ ] Other (specify) ▶
I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**Caution:** Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

| | Line | Description | | | | Amount |
|---|---|---|---|---|---|---|
| Income | 1a | Gross receipts or sales | 1a | | | |
| | b | Less returns and allowances | 1b | | 1c | 0 |
| | 2 | Cost of goods sold (Schedule A, line 8) | | | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 0 |
| | 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 | |
| | 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 | |
| | 6 | Net gain (loss) from Form 4797, Part II, line 20 | | | 6 | |
| | 7 | Other income (loss) (see instructions) (attach schedule) Statement #1 | | | 7 | (70,836,454) |
| | 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8 | (70,836,454) |
| Deductions (see instructions for limitations) | 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9 | |
| | 10 | Guaranteed payments to partners | | | 10 | |
| | 11 | Repairs and maintenance | | | 11 | |
| | 12 | Bad debts | | | 12 | |
| | 13 | Rent | | | 13 | |
| | 14 | Taxes and licenses | | | 14 | |
| | 15 | Interest | | | 15 | 36,951 |
| | 16a | Depreciation (see instructions) | 16a | | | |
| | b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c | 0 |
| | 17 | Depletion **(Do not deduct oil and gas depletion.)** | | | 17 | |
| | 18 | Retirement plans, etc. | | | 18 | |
| | 19 | Employee benefit programs | | | 19 | |
| | 20 | Other deductions (attach schedule) | | | 20 | |
| | 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21 | 36,951 |
| | 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | | 22 | (70,873,405) |

**Please Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner) is based on all information of which preparer has any knowledge.

▶ [signature] Signature of general partner or limited liability company member ▶ 10/15/95 Date

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ [ ] | Preparer's social security no.

Firm's name (or yours if self-employed) and address ▶ | E.I. No. ▶ | ZIP code ▶

D193 For Paperwork Reduction Act Notice, see instr.

MAR-004410

Form 8800 (Rev. August 1992)
Department of the Treasury Internal Revenue Service

# Application for Additional Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

▶ File a separate application for each return.

OMB No. 1545-1057 Expires 7-31-95

Please type or print.

File the original and one copy by the due date for filing the return for which an extension is requested. (See instructions.)

Name: MARRIOTT INTERNATIONAL RESORTS, LP

Employer identification number: 52-1901155

Number, street, and room or suite no. (If a P.O. box, see instructions.): ONE MARRIOTT DRIVE; DEPARTMENT 52-924.13

City or town, state, and ZIP code: WASHINGTON, D.C. 20058

1 An additional extension of time until October 15, 19 95, is requested to file (check only one):
☐ Form 1041 ☐ Form 1065 ☒ Form 1066

If the entity does not have an office or place of business in the United States, check this box . . . ▶ ☐

2a For calendar year 19 ..... , or other tax year beginning Oct. 29, 19 94, and ending Dec. 31, 1994.

b If this tax year is for less than 12 months, check reason: ☒ Initial return ☐ Final return ☐ Change in accounting period

3 Was a previous extension of time to file granted for this tax year? ☒ Yes ☐ No

4 If yes, previous extension was granted until July 15, 19 95.

5 State in detail why you need an extension. ADDITIONAL TIME IS NEEDED IN WHICH TO ACCUMULATE ALL THE INFORMATION NECESSARY FOR THE PREPARATION OF THE RETURN. ACCORDINGLY, THIS PARTNERSHIP RESPECTFULLY REQUESTS AN EXTENSION OF TIME UNTIL OCTOBER 15, 1995 IN WHICH TO FILE A COMPLETE AND ACCURATE RETURN.

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form.

Signature ▶ [signature] Title ▶ ASSISTANT SECRETARY Date ▶ 7/15/95

File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant—To Be Completed by the IRS.**

☐ We HAVE approved this application. Please attach this form to your return.

☐ We HAVE NOT approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of your return (including any prior extension). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to your return.

☐ We HAVE NOT approved your application. After considering the reasons stated in item 5, above, we cannot grant your request for an extension of time to file. We are not granting a 10-day grace period.

☐ We cannot consider your application because it was filed after the due date of the return for which an extension was requested.

☐ Other: ..........

MAR-004411

Director ________ By: ________ Date ________

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

Please Type or Print

Name

Number, street, and room or suite no. (or P.O. box number if mail is not delivered to street address)

City or town, state, and ZIP code

For Paperwork Reduction Act Notice, see back of form. Cat. No. 64938X Form 8800 (Rev. 8-92)

Form **8736** (Rev. October 1992)
Department of the Treasury Internal Revenue Service

# Application for Automatic Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts

OMB No. 1545-1054
Expires 10-31-95

▶ File a separate application for each return.

Please type or print

File by the due date for filing the return for which an extension is requested. (See instructions.)

Name: MARRIOTT INTERNATIONAL RESORTS, LP

Employer identification number: 52 : 1901155

Number, street, and room or suite no. (If a P.O. box, see instructions.): ONE MARRIOTT DRIVE; DEPARTMENT 52-924.13

City or town, state, and ZIP code: WASHINGTON, D.C. 20058

1 An automatic extension of 3 months is requested to file (check only one):
☐ Form 1041 ☒ Form 1065 ☐ Form 1066

If the entity does not have an office or place of business in the United States, check this box . . . . . . . . ▶ ☐

2a For calendar year 19......., or other tax year beginning Oct. 29, 1994, and ending Dec. 30, 1994.

b If this tax year is for less than 12 months, check reason:
☒ Initial return ☐ Final return ☐ Change in accounting period

3 If this extension is requested for Form 1041 or Form 1066, enter the following amounts:

a Tentative total tax from Form 1041 or Form 1066 (see instructions) . . . . . . . . . . . . . $

b Refundable credits and estimated tax payments, including any prior year overpayment allowed as a credit, from Form 1041 (see instructions). REMICs, enter -0- . . . . . . . . . . . . . . $

c Balance due. Subtract line 3b from line 3a. If zero or less, enter -0-. Include payment with Form 8736 . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $

Caution: *Interest will be charged on any tax not paid by the regular due date of Forms 1041 and 1066 from the due date until the tax is paid.*

## Signature and Verification

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ [signature] Title ▶ ASSISTANT SECRETARY Date ▶ 4/15/95

## Paperwork Reduction Act Notice

We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is:

| | |
|---|---|
| Recordkeeping | 3 hr., 7 min. |
| Learning about the law or the form | 24 min. |
| Preparing, copying, assembling, and sending the form to the IRS | 28 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making this form more simple, we would be happy to hear from you. You can write to both the Internal Revenue Service, Washington, DC 20224, Attention: IRS Reports Clearance Officer, T:FP; and the Office of Management and Budget, Paperwork Reduction Project (1545-1054), Washington, DC 20503. DO NOT send Form 8736 to either of these offices. Instead, see Where To File on page 2.

## General Instructions

*(Section references are to the Internal Revenue Code unless otherwise noted.)*

### Purpose of Form

Form 8736 is used to request an automatic 3-month extension of time to file a return by:

- Trusts filing Form 1041, U.S. Fiduciary Income Tax Return,
- Partnerships filing Form 1065, U.S. Partnership Return of Income, and
- Real estate mortgage investment conduits (REMICs) filing Form 1066, U.S. Real Estate Mortgage Investment Conduit Income Tax Return.

If granted, the automatic extension will extend the due date of the return to the 15th day of the 3rd month following the month in which the regular due date falls. The automatic 3-month extension period includes any 2-month extension granted under Regulations section 1.6081-5 to certain foreign partnerships.

**Note:** *Estates filing Form 1041 should not file this form. Instead, they should request an extension using Form 2758, Application for Extension of Time To File Certain Excise, Income, Information, and Other Returns.*

MAR-004412

## Schedule A Cost of Goods Sold

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (see instructions) (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | Total. Add lines 1 through 5 | 6 | 0 |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 0 |

9a Check all methods used for valuing closing inventory:
- (i) ☐ Cost
- (ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Writedown of "subnormal" goods as described in Regulations section 1.471-2(c)
- (iv) ☐ Other (specify method used and attach explanation) ▶

b Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) N/A ▶ ☐

c Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? N/A ☐ Yes ☐ No

d Was there any change in determining quantities, cost, or valuations between opening and closing inventory? N/A ☐ Yes ☐ No
If "Yes", attach explanation.

## Schedule B Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box ▶ ☐ General partnership ☒ Limited partnership ☐ Limited liability company | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | Is this partnership a partner in another partnership? | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | | X |
| 5 | Does this partnership meet ALL THREE of the following requirements? | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; AND | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 1994, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See the instructions for exceptions and filing requirements for form TD F 90-22.1.) If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | Was the partnership the grantor of, or transferor to, a foreign trust that existed during the current tax year, whether or not the partnership or any partner has any beneficial interest in it? If "Yes," you may have to file Forms 3520, 3520-A, or 926 | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership | | X |

**Designation of Tax Matters Partner** (See instructions.)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ Marriott International JBS Corp. Identifying number of TMP ▶ 52-1876318

Address of designated TMP ▶ One Marriott Drive; Dept. 924.13
Washington, DC 20058

MAR-004413

## Schedule K Partners' Share Income, Credits, Deductions, Etc.

| | | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | (70,873,405) |
| | 2 | Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a | Gross income from other rental activities — 3a | | |
| | b | Expenses from other rental activities (attach schedule) — 3b | | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | 0 |
| | 4 | Portfolio income (loss) (see instructions): a Interest income | 4a | |
| | b | Dividend income | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 4d | |
| | e | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 4e | |
| | f | Other portfolio income (loss) (attach schedule) | 4f | |
| | 5 | Guaranteed payments to partners | 5 | |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) (attach Form 4797) | 6 | |
| | 7 | Other income (loss) (attach schedule) | 7 | |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | |
| | 9 | Section 179 expense deduction (attach Form 4562) | 9 | |
| | 10 | Deductions related to portfolio income (see instructions) (itemize) | 10 | |
| | 11 | Other deductions (attach schedule) | 11 | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 12b(1) | 0 |
| | | (2) Investment expenses included on line 10 above | 12b(2) | |
| Credits | 13a | Credit for income tax withheld | 13a | |
| | b | Low-income housing credit (see instructions): | | |
| | | (1) From partnerships to which section 42(j)(5) applies for property placed in service before 1990 | 13b(1) | |
| | | (2) Other than on line 13b(1) for property placed in service before 1990 | 13b(2) | |
| | | (3) From partnerships to which section 42(j)(5) applies for property placed in service after 1989 | 13b(3) | |
| | | (4) Other than on line 13b(3) for property placed in service after 1989 | 13b(4) | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 13c | |
| | d | Credits (other than credits shown on lines 13b & 13c) related to rental real estate activities (see instr.) | 13d | |
| | e | Credits related to other rental activities (see instructions) | 13e | |
| | 14 | Other credits (see instructions) | 14 | |
| Self-Employment | 15a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a | Type of income ▶ ______ b Foreign country or U.S. possession ▶ ______ | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | |
| | d | Total applicable deductions and losses (attach schedule) | 17d | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | |
| | g | Other foreign tax information (attach schedule) | 17g | |
| Other | 18a | Total expenditures to which a section 59(e) election may apply | 18a | |
| | b | Type of expenditures ▶ ______ | | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses | 21 | |
| | 22 | Other items and amounts required to be reported separately to partners (see instr.) (attach sched.) | | |
| Analysis | 23a | Income (loss). Combine lines 1 through 7 in column (b). From the result, subtract the sum of lines 8 thru 12a, 17e, and 18a | 23a | (70,873,405) |

| b Analysis by type of partner: | (a) Corporate | (b) Individual — i. Active | (b) Individual — ii. Passive | (c) Partnership | (d) Exempt organization | (e) Nominee/Other |
|---|---|---|---|---|---|---|
| (1) General partners | (708,734) | | | | | |
| (2) Limited partners | (70164671) | | | | | |



MAR-004414

**Note:** If Question 5 of Schedule B is answered "Yes," the partnership is not required to complete Schedules L, M-1, and M-2.

## Schedule L Balance Sheets

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | 133,433 |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | 0 | | 0 |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | | | | |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | 0 | | 0 |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | 0 | | 0 |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | 0 | | 0 |
| 13 Other assets (attach schedule) See Statement #1 | | | | 7,320,147 |
| 14 Total assets | | 0 | | 7,453,580 |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | 246,459 |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | | | 7,207,121 |
| 22 Total liabilities and capital | | 0 | | 7,453,580 |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return (see instructions)

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | (70,873,405) | 6 Income recorded on books this year not incl. on Sch. K, lines 1 though 7 (itemize): a Tax-exempt interest $ | 0 |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | 0 | 7 Deductions included on Sch. K, lines 1 through 12a, 17e, and 18a, not charged against book income this year (itemize): a Depreciation $ | 0 |
| 3 Guaranteed payments (other than health insurance) | | 8 Add lines 6 and 7 | 0 |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 12a, 17e, and 18a (itemize): a Depreciation $ b Travel & entertainment $ | 0 | 9 Income (loss) (Schedule K, line 23a). Subtract line 8 from line 5 | (70,873,405) |
| 5 Add lines 1 through 4 | (70,873,405) | | |

## Schedule M-2 Analysis of Partners' Capital Accounts

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 0 | 6 Distributions: a Cash | 84,499,946 |
| 2 Capital contributed during year | 162,580,472 | b Property | |
| 3 Net income (loss) per books | (70,873,405) | 7 Other decreases (itemize): | 0 |
| 4 Other increases (itemize): | 0 | 8 Add lines 6 and 7 | 84,499,946 |
| 5 Add lines 1 through 4 | 91,707,067 | 9 Balance at end of year. Subtract line 8 from line 5 | 7,207,121 |

SCHEDULE K-1 (Form 1065) Department of the Treasury Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1994 or tax year beginning Oct. 29, 1994, and ending Dec. 30, 19 94

OMB No. 1545-0099 **1994**

Partner's identifying number ▶ 52-1876318

Partnership's identifying number ▶ 52-1901155

Partner's name, address, and ZIP code

Marriott International JBS Corp.
One Marriott Drive; Dept. 924.13
Washington, DC 20058

Partnership's name, address, and ZIP code

Marriott International Resorts, LP
One Marriott Drive; Dept. 924.13
Washington, DC 20058

A This partner is a [X] general partner [ ] limited partner [ ] limited liability company member

B What type of entity is this partner? ▶ Corporation

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 1% |
| Loss sharing | % | 1% |
| Ownership of capital | % | 1% |

E IRS Center where partnership filed return: Phil. PA

F Partner's share of liabilities (see instructions):

Nonrecourse

Qualified nonrecourse financing

Other 2,465

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1 (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 1,033,032 | (708,734) | 844,999 | (520,701) |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | (708,734) | |
| | 2 Net income (loss) from rental real estate activities | 2 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest | 4a | | Sch. B, Part I, line 1 |
| | b Dividends | 4b | | Sch. B, Part II, line 5 |
| | c Royalties | 4c | | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | Enter on appl. line of your return. |
| | 5 Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 Other income (loss) (attach schedule) | 7 | | Enter on appl. line of your return. |
| Deductions | 8 Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12a Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13a Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Low-income housing credit: | | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | |
| | d Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) | 13d | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | e Credits related to other rental activities (see instructions) | 13e | | |
| | 14 Other credits (see instructions) | 14 | | |

MAR-004416

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Self-employment | 15a | Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b | Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b | Adjusted gain or loss | 16b | | |
| | c | Depletion (other than oil and gas) | 16c | | |
| | d | (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a | Type of income ▶ | | | Form 1116, check boxes |
| | b | Name of foreign country or U.S. possession ▶ | | | |
| | c | Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d | Total applicable deductions and losses (attach schedule) | 17d | | |
| | e | Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f | Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g | Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18a | Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Type of expenditures ▶ | | | |
| | 19 | Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 | Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 | Nondeductible expenses | 21 | | |
| | 22 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b | Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

MAR-004417

SCHEDULE K-1 (Form 1065)
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 1994 or tax year beginning Oct. 29, 1994, and ending Dec. 30, 19 94

OMB No. 1545-0099

1994

Partner's identifying number ▶ 52-1853234

Partnership's identifying number ▶ 52-1901155

Partner's name, address, and ZIP code

Marriott International Capital Corp.
One Marriott Drive; Dept. 924.13
Washington, DC 20058

Partnership's name, address, and ZIP code

Marriott International Resorts, LP
One Marriott Drive; Dept. 924.13
Washington, DC 20058

A This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member

B What type of entity is this partner? ▶ Corporation

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | % | 99% |
| Loss sharing | % | 99% |
| Ownership of capital | % | 99% |

E IRS Center where partnership filed return: Phil. PA

F Partner's share of liabilities (see instructions):

Nonrecourse ..........

Qualified nonrecourse financing ..........

Other .......... 243,994

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 0 | 161,547,440 | (70,164,671) | 83,654,947 | 7,727,822 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities | 1 | (70,164,671) | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities | 2 | | |
| | 3 | Net income (loss) from other rental activities | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest | 4a | | Sch. B, Part I, line 1 |
| | b | Dividends | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) | 4d | | Sch. D, line 5, col. (f) or (g) |
| | e | Net long-term capital gain (loss) | 4e | | Sch. D, line 13, col. (f) or (g) |
| | f | Other portfolio income (loss) (attach schedule) | 4f | | Enter on appl. line of your return. |
| | 5 | Guaranteed payments to partner | 5 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net gain (loss) under section 1231 (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) (attach schedule) | 7 | | Enter on appl. line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) (attach schedule) | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction | 9 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 | Other deductions (attach schedule) | 11 | | |
| Investment Interest | 12a | Interest expense on investment debts | 12a | | Form 4952, line 1 |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | b(1) | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | | (2) Investment expenses included on line 10 above | b(2) | | |
| Credits | 13a | Credit for income tax withheld | 13a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | b(1) | | Form 8586, line 5 |
| | | (2) Other than on line 13b(1) for property placed in service before 1990 | b(2) | | |
| | | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | b(3) | | |
| | | (4) Other than on line 13b(3) for property placed in service after 1989 | b(4) | | |
| | c | Qualified rehabilitation expenditures related to rental real estate activities (see instructions) | 13c | | |
| | d | Credits (other than credits shown on lines 13b and 13c) related to rental real estate activities (see instructions) | 13d | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | e | Credits related to other rental activities (see instructions) | 13e | | |
| | 14 | Other credits (see instructions) | 14 | | |

MAR-004418

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | d(2) | | |
| | e Other adjustments and tax preference items (attach schedule) | 16e | | |
| Foreign Taxes | 17a Type of income ▶ | | | Form 1116, check boxes |
| | b Name of foreign country or U.S. possession ▶ | | | |
| | c Total gross income from sources outside the United States (attach schedule) | 17c | | Form 1116, Part I |
| | d Total applicable deductions and losses (attach schedule) | 17d | | |
| | e Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17e | | Form 1116, Part II |
| | f Reduction in taxes available for credit (attach schedule) | 17f | | Form 1116, Part III |
| | g Other foreign tax information (attach schedule) | 17g | | See Instructions for Form 1116. |
| Other | 18a Total expenditures to which a section 59(e) election may apply | 18a | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Type of expenditures ▶ | | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b Other than on line 22a | 22b | | |

**Supplemental Information**

23 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed):

MAR-004419

**MARRIOTT INTERNATIONAL RESORTS, LP**
**EIN: 52-1901155**

**For the Tax Year Beginning October 29, 1994 and Ended December 30, 1994**

**Form 1065 Supporting Schedules** **Statement #1**

Line 7 - Page 1 - Other Income

| | |
|---|---|
| Interest Income | 352,517 |
| Loss on Sale of Timeshare Notes | (71,189,461) |
| Miscellaneous Trust Income | 490 |
| Total Other Income | (70,836,454) |

| Schedule L - Line 13 - Other Assets | Beginning | Ending |
|---|---|---|
| Fees Receivable | - | 4,132,086 |
| Due from Marriott | - | 3,188,061 |
| | - | 7,320,147 |

**MARRIOTT INTERNATIONAL RESORTS, LP**
**EIN: 52-1901155**

**Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning October 29, 1994 and ended December 30, 1994**

**I.R.C. § 195 Statement**

Marriott International Resorts, LP hereby elects to amortize start-up expenditures over a period of 60 months beginning October 29, 1994 in accordance with I.R.C. § 195(b) .

**MARRIOTT INTERNATIONAL RESORTS, LP**
**EIN: 52-1901155**

**Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning October 29, 1994 and ended December 30, 1994**

**I.R.C. Sec. 709(b)(1) Statement**

In accordance with I.R.C. Reg. § 1.709-1(b)(1), Marriott International Resorts, LP hereby elects to amortize its organizational expenditures over a period of 60 months beginning October 29, 1994.

MARRIOTT INTERNATIONAL RESORTS, LP
EIN: 52-1901155

Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning October 29, 1994 and ended December 30, 1994

I.R.C. § 706 Statement

In accordance with I.R.C. Reg. §§1.706-1(b) and 1.441-2T(e), Marriott International Resorts, LP hereby adopts a 52-53 week taxable year ending on the Friday closest to December 31 as its taxable year, the majority tax year.

MARRIOTT INTERNATIONAL RESORTS, LP
EIN: 52-1901155

Statement Attached to and made part of Partnership Returns of Income for the taxable year beginning October 29, 1994 and ended December 30, 1994

I.R.C. § 446 Statement

Marriott International Resorts, LP hereby elects the accrual method of accounting in accordance with I.R.C. §446.