**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

**Nos. 01-256 T and 01-257 T**
**(Judge Charles Lettow)**

---

**MARRIOTT INTERNATIONAL RESORTS, L.P.,**
**MARRIOTT INTERNATIONAL JBS CORPORATION,**
**TAX MATTERS PARTNER,**

**Plaintiff**

**v.**

**THE UNITED STATES,**

**Defendant**.

---

**DEFENDANT'S SUPPLEMENTAL PROPOSED FINDINGS OF UNCONTROVERTED FACT**

---

Defendant, the United States, in accordance with Rule 56(h) of the Rules of the Court of Federal Claims, submits the following supplemental proposed findings of uncontroverted fact:[1]

---

[1] Only for purposes of this motion for summary judgment, defendant assumes that the information contained in its supplemental proposed findings of uncontroverted fact, which was derived from documents produced by plaintiff and deposition testimony, is true and accurate. If this case proceeds to trial, however, defendant reserves the right to challenge the truth, accuracy, and/or credibility of all such information. Moreover, defendant reserves the right to challenge the transactions engineered by Marriott on the grounds that they were factual shams and/or they lack economic substance. See *Coltec Indus., Inc. v. United States*, 454 F.3d 1340, 1347 (Fed. Cir. 2006), *cert. denied*, 127 S. Ct. 1261 (2007); *Jade Trading, LLC v. United States*, No. 03-2164 T, WL 4553043 (Fed.Cl., December 21, 2007).

38. Credit Suisse First Boston confirmation statements for the short sale transactions at issue show the amount of the proceeds from each short sale and the value of collateral required for each short sale transaction (the short sale proceeds plus or minus any additional margin requirement). (Def. Ex. 13; *see* Def. Ex. 4.)[2]

39. Roy Hahn was involved in the discussions between CSFB and Marriott with respect to the implementation of a series of transactions engineered to produce a significant tax loss. (Pl. Ex. 1 at 7; Def. Ex. 14 at 22-23, 30, 47-52.)

40. Mr. Hahn is a self-described engineer of "smart, cutting edge financial programs that . . . deliver powerful tax advantages." (Def. Ex. 14 at 15.)

---

[2] Defendant's exhibits 13 and 14 are attached to the Second Declaration of G. Robson Stewart, filed herewith.

Respectfully submitted,

*s/G. Robson Stewart*

G. ROBSON STEWART
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
tel: (202) 307-6493
fax: (202) 514-9440

JOHN A. DICICCO
Deputy Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

*s/Mary M. Abate*

Of Counsel

Dated: April 18, 2008