IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 01-256 T and 01-257 T
(Judge Lettow)

MARRIOTT INTERNATIONAL RESORTS, L.P.,
MARRIOTT INTERNATIONAL JBS CORPORATION,
TAX MATTERS PARTNER,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

NOTICE TO THE COURT

The United States hereby notifies the Court of the following opinion that was issued after the parties completed briefing their cross-motions for summary judgment with respect to the § 752 (26 U.S.C.) liability issue.

In their briefs, the parties cited *Colm Producer, Inc. v. United States*, 460 F.Supp.2d 713 (N.D. Tex. 2006 ), *appeal pending sub nom. Kornman & Assoc. Inc. v. United States,* No. 06-11422 (5th Cir. July 31, 2007). On May 12, 2008, the United States Court of Appeals for the Fifth Circuit issued its decision on the appeal, *Kornman & Assoc. Inc. v. United States,* No. 06-11422 (5th Cir. May 12, 2008), which affirmed the decision of the trial court that a short sale obligation is a liability for purposes of § 752. A copy of the opinion is submitted herewith.

Respectfully submitted,

May 13, 2008
Date

*s/G. Robson Stewart*
G. ROBSON STEWART
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6493

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

May 13, 2008
Date

*s/David Gustafson*
Of Counsel

Attorneys for Defendant