IN THE UNITED STATES COURT OF FEDERAL CLAIMS
Nos. 01-256T & 01-257T (consolidated)

(Filed: May 19, 2008)

MARRIOTT INTERNATIONAL RESORTS, L.P., *et al.*,

Plaintiffs,

v.

UNITED STATES,

Defendant.

ORDER

On or before June 6, 2008, each party may file a supplemental brief that addresses whether Regulation T as it stood in 1994 has implications for the applicability of Section 752 to the transfer of the obligation to close the short sales pertinent to these cases.

It is so ORDERED.

s/ Charles F. Lettow
Judge