# In the United States Court of Federal Claims

**Nos. 01-256 T and 01-257 T**
**(consolidated)**

**MARRIOTT INTERNATIONAL RESORTS, L.P. and MARIOTT INTERNATIONAL JBS CORPORATION**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion and Order, filed August 28, 2008, granting defendant's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered for defendant, and the complaint is dismissed. No costs.

John S. Buckley
Acting Clerk of Court

**August 28, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.